**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.   7:19-CV-409 |
| | § | |
| 6.10 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN HIDALGO COUNTY, | § | |
| STATE OF TEXAS; YOLANDA | § | |
| HERNANDEZ, ET AL. | § | |
| | § | |
| *Defendants.* | § | |

---

## COMPLAINT IN CONDEMNATION
---

 

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3.      The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:      *s/ Roland D. Ramos*
**ROLAND D. RAMOS**
Assistant United States Attorney
Southern District of Texas No. 3458120
Texas Bar No. 24096362
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  (956) 618-8010
Facsimile:  (956) 618-8016
E-mail: Roland.Ramos@usdoj.gov

# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, gates, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Hidalgo County, Texas

Tract: RGV-WSL-4004
Owner: Yolanda Hernandez, *et al*.
Acres: 6.10

**Being** a 6.10 acre tract (265,669 sq. ft.) of land located in the Agostadero Del Gato Grant

and the La Blanca Grant, Hidalgo County, Texas; being all of a called 6.1 acre tract of land

described in partition deed to Andrea Jackson De Munoz; Clemencia Jackson De Brewster;

Ysabel Jackson De Sanchez; Leonard Jackson, Jr.; Josefa Jackson Ponce; W. E. Ritchey;

Apolonio Jackson; and Daniel Jackson, recorded in Volume 777, Page 79 of the Hidalgo

County Deed Records (H.C.D.R.), executed July 29, 1952, also being all of "LEVEE 6.10

AC." as shown on the Map of Proposed Partition Share Number One of Webber Partition,

recorded in Volume 1091, Page 58 H.C.D.R. (no assigned Hidalgo County Appraisal

District Property ID No.); said 6.10 acre tract being more particularly described by metes

and bounds as follows:

**Commencing** at a found 3/8-inch iron rod on the south line of U.S. 281 (100' ROW

Easement), recorded in Volume 652, Page 92, Volume 652, Page 97 and Volume 656, Page

219 H.C.D.R., the east line of Share 4, Block 4 of Map of Munoz Partition, recorded in

Volume 12, Page 9 of the Hidalgo County Map Records (H.C.M.R.) and the west line of

Lot 5 of said Map of Proposed Partition Share Number One of Webber Partition, having

coordinates of N=16,554,764.21, E=1,119,113.24;

**Thence:** South 08°40'59" West, along the east line of said Map of Munoz Partition and

the west line of said Map of Proposed Partition Share Number One of Webber Partition, a

distance of 2,832.66 feet to a point "RGV-WSL-4004-1" for the **Point of Beginning**,

westerly northwest corner of the herein described tract, the southwest corner of Lot 7 of said Map of Proposed Partition Share Number One of Webber Partition, the southwest corner of a called 18.22 acre tract of land (second tract) described in deed to Sam J. Brewster, Trustee, recorded in Volume 1765, Page 915 H.D.C.R, executed February 03, 1982, the westerly northwest corner of said LEVEE 6.10 AC. and the westerly northwest corner of said Andrea Jackson De Munoz, et al tract, being on the east line of Share 5, Block 4 of said Map of Munoz Partition, having coordinates of N=16,551,964.02, E=1,118,685.60, from which a found International Boundary Commission (IBC) disk in concrete bears South 84°16'42" West, 0.62 feet;

**Thence:** North 84°16'42" East, along the south line of said Lot 7, the south line of said Sam J. Brewster, Trustee 18.22 acre tract, the westerly north line of said LEVEE 6.10 AC. and the westerly north line of said Andrea Jackson De Munoz, et al tract, a distance of 588.03 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4004-2", set, for an interior corner of the herein described tract, the southeast corner of said Lot 7, the southeast corner of said Sam J. Brewster, Trustee 18.22 acre tract, an interior corner of said LEVEE 6.10 AC. and an interior corner of said Andrea Jackson De Munoz, et al tract;

**Thence:** North 08°31'52" East, along the east line of said Lot 7, the east line of said Sam J. Brewster, Trustee 18.22 acre tract, the northerly west line of said LEVEE 6.10 AC. and the northerly west line of said Andrea Jackson De Munoz, et al tract, a distance of 45.66 feet to a found 1/2-inch iron rod (attached tag stamped "RGV-WSL-4004-3"), for the northerly northwest corner of herein described tract, the southwest corner of a called 73.306 acre tract of land (Tract 372) described in deed to United States of America, recorded in Volume 2652, Page 249 H.C.D.R., executed September 20, 1988, the northerly northwest

corner of said LEVEE 6.10 AC. and the northerly northwest corner of said Andrea Jackson De Munoz, et al tract;

**Thence:** South 81°28'38" East, along the south line of said TRACT 372, the easterly north line of said LEVEE 6.10 AC. and the easterly north line of said Andrea Jackson De Munoz, et al tract, a distance of 347.20 feet to a point "RGV-WSL-4004-4", for the northeast of herein described tract, the northwest corner of a called 137.47 acre tract of land described in deed to Eberle Investments, Ltd., recorded in Document Number 2008-1951867 of the Hidalgo County Official Records (H.C.O.R.), executed October 16, 2008, the northeast corner of said LEVEE 6.10 AC. and the northeast corner of said Andrea Jackson De Munoz, et al tract, from which a found 1/2-inch iron rod bears North 81°28'38" West, 1.16 feet;

**Thence:** South 08°25'20" West, along the west line of said Eberle Investments, Ltd. Tract, the east line of said LEVEE 6.10 AC. and the east line of said Andrea Jackson De Munoz, et al tract, a distance of 246.29 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4004-5", set, for the southeast corner of the herein described tract, the northeast corner of Lot 8 of said Map of Proposed Partition Share Number One of Webber Partition, the northeast corner of a called 7.9 acre tract of land (First Tract) described in deed to Sam J. Brewster, Trustee, recorded in Volume 1765, Page 915 H.D.C.R, executed February 03, 1982, the southeast corner of said LEVEE 6.10 AC. and the southeast corner of said Andrea Jackson De Munoz, et al tract, from which a found 1-inch iron pipe bears North 17°46' West, 4.7 feet;

**Thence:** South 84°16'42" West, along the north line of said Lot 8, the north line of said Sam J. Brewster, Trustee 7.9 acre tract, the south line of said LEVEE 6.10 AC. and the south line of said Andrea Jackson De Munoz, et al tract, passing at a distance of 857.67

feet passing a found 3/4-inch iron pipe for the northeast corner of a called 1.0 acre tract described in deed to Santiago Jackson and wife, Belinda Jackson, recorded in Volume 1219, Page 344 H.C.D.R, executed November 25, 1968 and the northwest corner of said Sam J. Brewster, Trustee 7.9 acre tract, continuing for a total distance of 947.53 feet to a found IBC disk in concrete (attached tag stamped "RGV-WSL-4004-6"), for the southwest corner of herein described tract, the northwest corner of said Lot 8, the northwest corner of said Santiago Jackson tract, the southwest corner of said LEVEE 6.10 AC. and the southwest corner of said Andrea Jackson De Munoz, et al tract, being on the east line of said Share 5;

**Thence:** North 08°40'59" East, along the east line of said Share 5, the west line of said LEVEE 6.10 AC. and the west line of said Andrea Jackson De Munoz, et al tract, passing at a distance of 13.46 feet a 5/8" iron rod with aluminum cap stamped "RGV-WSL-4002-2", passing at a distance of 279.94 feet a 5/8" iron rod with aluminum cap stamped "RGV-WSL-4002-1", continuing for a total distance of 289.09 feet to the **Point of Beginning** and containing 6.10 acre or 265,669 square feet of land.

# SCHEDULE D

**SCHEDULE D**
MAP or PLAT

NOTES:

1. BEARINGS AND COORDINATES ARE REFERENCED TO THE TEXAS COORDINATE SYSTEM OF 1983, NAD83 (2011), SOUTH ZONE (4205) AND BASED ON CONTROL POINT NUMBER 112, HAVING COORDINATES OF N=16,554,097.08 & E=1,106,071.686, CONTROL POINT NUMBER 113, HAVING COORDINATES OF N=16,551,420.147 & E=1,113,893.195 AND CONTROL POINT NUMBER 114, HAVING COORDINATES OF N=16,551,984.317, E=1,119,470.921 AS ESTABLISHED BY B&F ENGINEERING, INC. ALL COORDINATES AND DISTANCES ARE SURFACE VALUES AND CAN BE CONVERTED TO GRID VALUES BY MULTIPLYING BY THE PROJECT SCALE FACTOR (PSF) OF 1.000000000 (SURFACE X PSF - GRID).

2. THE UNIT OF MEASURE IS THE U.S. SURVEY FOOT.

3. THIS PLAT IS ACCOMPANIED BY SEPARATE METES AND BOUNDS DESCRIPTION.

4. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.

5. RESEARCH WAS PERFORMED OCTOBER TO DECEMBER 2018.

6. FIELD SURVEYS WERE PERFORMED OCTOBER 2018 TO FEBRUARY, 2019.

7. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON DECEMBER 03, 2018 (LONE STAR 811 TICKET NO. 583247704, TEXAS811 LOCATE REQUEST TICKET NO. 1883717293).

8. CORNERS NOT SET AT TIME OF SURVEY, TO BE SET UPON POSSESSION OF PROPERTY BY THE GOVERNMENT.

AGOSTADERO DEL GATO GRANT
HIDALGO COUNTY, TEXAS

| COORDINATE TABLE | | |
|---|---|---|
| POINT | NORTHING | EASTING |
| RGV-WSL-4004-1 | 16,551,964.02 | 1,118,685.60 |
| RGV-WSL-4004-2 | 16,552,022.64 | 1,119,270.70 |
| RGV-WSL-4004-3 | 16,552,067.79 | 1,119,277.47 |
| RGV-WSL-4004-4 | 16,552,016.34 | 1,119,620.84 |
| RGV-WSL-4004-5 | 16,551,772.71 | 1,119,584.76 |
| RGV-WSL-4004-6 | 16,551,678.24 | 1,118,641.96 |

I HEREBY CERTIFY THAT THIS SURVEY WAS MADE ON THE GROUND UNDER MY SUPERVISION AND THAT THIS PLAT CORRECTLY REPRESENTS THE FACTS AS FOUND AT THE TIME OF THE SURVEY.
SURVEY DATE, FEBRUARY, 2019.

*Adam N. Diehl* 02/15/2019
ADAM N. DIEHL
REGISTERED PROFESSIONAL LAND SURVEYOR
NO. 6346

STATE OF TEXAS
REGISTERED
ADAM N. DIEHL
6346
PROFESSIONAL
LAND SURVEYOR



P.O.C.
FND. 3/8" IR
N=16,554,764.21
E=1,119,113.24

U.S. 281

SURVEY LINE

| AREA TABLE (ACRES) | | | |
|---|---|---|---|
| EXISTING AC. | TAKING AC./S.F. | EXISTING USA EASEMENT | REMAINING |
| 6.10 | 6.10 265,669 | 6.10 AC. 265,669 SQ. FT. | 0.00 |

LA BLANCA GRANT
HIDALGO COUNTY,
TEXAS

CALLED 6.1 ACRE TRACT OF LAND DESCRIBED IN PARTITION DEED TO ANDREA JACKSON DE MUNOZ, CLEMENCIA JACKSON DE BREWSTER, YSABEL JACKSON DE SANCHEZ, LEONARD JACKSON JR., JOSEFA JACKSON PONCE, W. E. RITCHEY, APOLONIO JACKSON AND DANIEL JACKSON, RECORDED IN VOLUME 777, PAGE 79 OF THE HIDALGO COUNTY DEED RECORDS (H.C.D.R.), EXECUTED JULY 29, 1952

P.O.B.
RGV-WSL-4004-1
N=16,551,964.02
E=1,118,685.60
FND. IBC DISK IN CONC.
BEARS S 84°16'42" W, 0.62'

RGV-WSL-4004
6.10 AC.
265,669 SQ. FT.

SCALE:
NOT TO SCALE

LEGEND

● - SET 5/8" IR W/ALUMINUM CAP STAMPED (AS NOTED)
o - FOUND PROPERTY CORNER (AS NOTED)
H.C.D.R. - HIDALGO COUNTY DEED RECORDS
H.C.O.R. - HIDALGO COUNTY OFFICIAL RECORDS
H.C.M.R. - HIDALGO COUNTY MAP RECORDS
P.O.C. - POINT OF COMMENCING
P.O.B. - POINT OF BEGINNING
—PL— - PROPERTY LINE
- - PROPOSED ACQUISITION
— - - EASEMENT

LANDTECH
engineering • surveying
2525 North Loop West, Suite 300, Houston, Texas 77008
T: 713-861-7068, F: 713-861-4131
TBPE Registration No. F-1364; TBPLS Registration No. 10019100

| | Drawing Ref. No. | | | | BY | DATE | | | US Army Corps of Engineers |
|---|---|---|---|---|---|---|---|---|---|
| | SHEET 5 OF 8 | ANDREA JACKSON DE MUNOZ, ET AL | Mark | Description | Date | Appr | | | |
| | | | | | Drawn | MP | 02/19 | | |
| | | TRACT NO. RGV-WSL-4004 | | | Checked | AND | 02/19 | B&F | |
| | | | | | Surveyor | AND | 02/19 | ENGINEERING, INC. | |
| | | HIDALGO COUNTY                    TEXAS | CONTRACT NO.: W9127S-14-D-0013 | | Fld.Bk. # | 18RGVH-T1-L3 | | 928 AIRPORT ROAD HOT SPRINGS, AR 71913 | |





TEXAS LICENSED SURVEYING FIRM B&F ENGINEERING, INC. NO. 10103142

T.o.: W45XMA815779897D001

LANDTECH  1820182  FILE NAME:                    DATE:



U.S. 281
(100' ROW EASEMENT)
VOL. 652, PG. 92; VOL. 652, PG. 97 &
VOL. 656, PG. 219
H.C.D.R.

SCALE: 1"=60'

P.O.C.
FND. 3/8" IR
N=16,554,764.21
E=1,119,113.24

LOT 5
LOT 6

AGOSTADERO DEL GATO GRANT
HIDALGO COUNTY, TEXAS

SHARE 4
BLOCK 4

MAP OF MUNOZ
PARTITION
VOL. 12, PG. 8
H.C.M.R.

S 08°40'59" W
2,832.66'

MAP OF PROPOSED PARTITION
SHARE NUMBER ONE OF
WEBBER PARTITION
VOL. 1091, PG. 58
H.C.D.R.

LOT 7
CALLED 18.22 ACRES
(SECOND TRACT)
SAM J. BREWSTER, TRUSTEE
VOL. 1765, PG. 915
H.C.D.R.
EXECUTED FEBRUARY 03, 1982

N 84°16'42" E
588.03'

LEVEE
EASEMENT

TELEPHONE
PEDESTAL

TOE OF SLOPE

TOE OF SLOPE

RGV-WSL-4002-1

P.O.B.
RGV-WSL-4004-1
N=16,551,964.02
E=1,118,685.60
FND. IBC DISK IN CONC.
BEARS S 84°16'42" W, 0.62'

9.15'

POST

LEVEE EASEMENT
VOL. 434, PG. 222
H.C.D.R.

DIRT / GRAVEL ROAD

LEVEE EASEMENT
VOL. 434, PG. 346
H.C.D.R.

289.09'

CALLED 6.1 ACRE TRACT OF LAND
DESCRIBED IN PARTITION DEED TO
ANDREA JACKSON DE MUNOZ, CLEMENCIA JACKSON DE BREWSTER,
YSABEL JACKSON DE SANCHEZ,
LEONARD JACKSON, JR., JOSEFA JACKSON PONCE,
W. E. RITCHEY, APOLONIO JACKSON AND DANIEL JACKSON,
RECORDED IN VOLUME 777, PAGE 79
OF THE HIDALGO COUNTY DEED RECORDS (H.C.D.R.),
EXECUTED JULY 29, 1952

SHARE 5

TOE OF SLOPE

TELEPHONE
PEDESTAL

N 08°40'59" E  266.48'

SUBDIVISION LINE

LEVEE 6.10 AC

RGV-WSL-4004
6.10 AC.
265,669 SQ. FT.

WOODS

WOODS

CALLED 1.0 ACRE
SANTIAGO JACKSON AND WIFE,
BENILDA JACKSON
VOL. 1219, PG. 344
H.C.D.R.
EXECUTED NOVEMBER 25, 1968

MATCH LINE "A"

RGV-WSL-
4002-2
13.46'
89.86'

FND. 3/4" IP

857.67'

S 84°16'42" W

947.53'

LEVEE
EASEMENT

DIRT
GRAVEL ROAD

RGV-WSL-4004-6
FND. IBC DISK IN CONC.

WOODS

LOT 8   CALLED 7.9 ACRES
(FIRST TRACT)
SAM J. BREWSTER, TRUSTEE
VOL. 1765, PG. 915
H.C.D.R.
EXECUTED FEBRUARY 03, 1982

LANDTECH
engineering • surveying
2525 North Loop West, Suite 300, Houston, Texas 77008
T: 713-861-7068, F: 713-861-4131
TBPE Registration No. F-1364, TBPLS Registration No. 10019100

ANDREA JACKSON DE MUNOZ, ET AL

TRACT NO. RGV-WSL-4004

HIDALGO COUNTY                    TEXAS

LANDTECH   1820182  FILE NAME:                    DATE:

Drawing Ref.
SHEET 6 OF 8

| Mark | Description | Date | Appv |
| --- | --- | --- | --- |
| | | | |

|  | BY | DATE |
| --- | --- | --- |
| Drawn | MP | 02/19 |
| Checked | AND | 02/19 |
| Surveyor | AND | 02/19 |
| Fld.Bk. # | 18RGVH-T1-L3 | |

CONTRACT NO.: W9127S-14-D-0013
T.o.: W45XMA515779870001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10103942

B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6559
(EMAIL) info@bnfeng.com

US Army Corps
of Engineers





# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Hidalgo County, Texas

Tract: RGV-WSL-4004
Owner: Yolanda Hernandez, *et al.*-
Acres: 6.10

       The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

       Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

# SCHEDULE F

## SCHEDULE F

ESTIMATE OF JUST COMPENSATION


The sum estimated as just compensation for the land being taken is Twenty Five Thousand Ten DOLLARS AND NO/100 ($25,010.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Landowner** | |
| Yolanda Jackson Hernandez <br> ▬▬▬▬▬▬ <br> Donna, TX 78537 | Cause No. 01-018840-01010 a/k/a 18-840-A, in the Probate Court of Hidalgo County |
| Daniel Jackson, Jr. <br> ▬▬▬▬▬▬ <br> Donna, TX 78537 | Cause No. 01-018840-01010 a/k/a 18-840-A, in the Probate Court of Hidalgo County |
| Apolonio Jackson, Jr. <br> ▬▬▬▬▬▬ <br> Donna, TX 78537 | Cause No. 01-018840-01010 a/k/a 18-840-A, in the Probate Court of Hidalgo County |
| Brenda Lee Jackson <br> ▬▬▬▬▬▬ <br> San Juan, TX 78589 | Est. of Lee Roy Jackson via Aff. of Heirship, Document #: 1970-8070, Recorded June 11, 1970, Deed Records of Hidalgo County |
| Narsedalia Jackson <br> ▬▬▬▬▬▬ <br> San Juan, TX 78589 | Est. of Lee Roy Jackson via Aff. of Heirship, Document #: 1970-8070, Recorded June 11, 1970, Deed Records of Hidalgo County |
| Edwardo Lee Jackson <br> ▬▬▬▬▬▬ <br> Austin, TX 78702 | Aff. of Heirship, Document #: 1970-8070, Recorded June 11, 1970, Deed Records of Hidalgo County |
| Oralia Jackson Santiago <br> ▬▬▬▬▬▬ <br> San Antonio, TX 78224 | Aff. of Heirship, Document #: 1970-8070, Recorded June 11, 1970, Deed Records of Hidalgo County |
| Jesse Lee Jackson, Jr. <br> ▬▬▬▬▬▬ <br> Donna, TX 78537 | Cause No. 21-427-C, in the Probate Court of Hidalgo County |

| | |
|---|---|
| Joe Lee Jackson <br> ███████████ <br> Donna, TX 78537 | Cause No. 21-427-C, in the Probate Court of Hidalgo County |
| Jaime Jackson <br> ███████████ <br> Donna, TX 78537 | Cause No. 21-427-C, in the Probate Court of Hidalgo County |
| Carmela Barron Jackson <br> ███████████ <br> Donna, TX 78537 | Cause No. 21-427-C, in the Probate Court of Hidalgo County |
| Antonia Margarita Jackson Rodriguez <br> ███████████ <br> Imlay City, MI 48444 | Est. of Leonardo Jackson, Jr. |
| Raymond Adam Jackson <br> ███████████ <br> Lapeer, MI 48446 | Est. of Leonardo Jackson, Jr. |
| Leonard Thomas Jackson <br> ███████████ <br> Lapeer, MI 48446 | Est. of Leonardo Jackson, Jr. |
| Ricardo Jackson <br> ███████████ <br> Lapeer, MI 48446 | Est. of Leonardo Jackson, Jr. |
| Emilia Jackson <br> ███████████ <br> Grand Rapids, MI 49504 | Est. of Leonardo Jackson, Jr. |
| Angelica Jackson <br> ███████████ <br> Comstock Park, MI 49321 | Est. of Leonardo Jackson, Jr. |
| Andres Jackson <br> ███████████ <br> Grand Rapids, MI 49544 | Est. of Leonardo Jackson, Jr. |
| Samuel Brewster, Jr. <br> ███████████ <br> Fairmont, MN 56031 | Est. of Samuel Jackson Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Lewis Brewster <br> Address Unknown | Est. of Samuel Jackson Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |

| | |
|---|---|
| James Brian Brewster<br><br>P.O. Box 549<br>Whitehall, TN 38075 | Est. of Samuel Jackson Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Gabriel Bryan Brewster<br>Fairmont, MN 56031 | Est. of Samuel Jackson Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| David Brewster<br>Edinburg, TX 78539 | Est. of Samuel Jackson Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Clemencia America Brewster Rodriguez<br>Brownfield, TX 79316 | Est. of Samuel Jackson Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Sandra Brewster<br>Fairmont, MN 56031 | Est. of Samuel Jackson Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Melissa Cher Lewis<br>Niles, MI 49120 | Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Virginia Sanchez<br>Edinburg, TX 78539 | Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Teresa Casarez Brewster<br>P.O. Box 554<br>Donna, TX 78537 | Est. of George Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Roxanne Brewster Rodriguez<br>Alamo, TX 78516 | Est. of George Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Diane Brewster<br>Alamo, TX 78516 | Est. of George Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |

| | |
|---|---|
| Rosa Linda Brewster<br>██████████████<br>Antioch, TN 37013 | Est. of George Brewster, Jr. via Est. of George Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Jacqueline Brewster<br>██████████████<br>Nashville, TN 37211 | Est. of George Brewster, Jr. via Est. of George Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Frances Brewster<br>████████████<br>Madison, TN 37115 | Est. of George Brewster, Jr. via Est. of George Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Ventura Brewster Flores<br>P.O. Box 472<br>Donna, TX 78537 | Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Amalia Brewster Flores<br>██████████████<br>Donna, TX 78537 | Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Rose Brewster Dillard<br>██████████████<br>Donna, TX 78537 | Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Jamie Lanay Brewster<br>██████████████<br>Donna, TX 78537 | Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Luisa Brewster Gallardo<br>██████████████<br>Donna, TX 78537 | Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Trinidad Mata Jr.<br>██████████████<br>Halls, TN 38040 | Est. of Susana Mata via Est. of Josefa Jackson Olvera Ponce |
| Josefa Mata<br>P.O. Box 13935<br>Edwardsville, KS 66111 | Est. of Susana Mata via Est. of Josefa Jackson Olvera Ponce |
| Ray Mata<br>██████████████<br>Pampa, TX 79065 | Est. of Susana Mata via Est. of Josefa Jackson Olvera Ponce |

| | |
|---|---|
| Pablo Olvera<br>P.O. Box 197<br>Donna, TX 78537 | Est. of Josefa Jackson Olvera Ponce |
| Felipa Olvera Gutierrez<br>P.O. Box 65<br>Donna, TX 78537 | Est. of Josefa Jackson Olvera Ponce |
| Eglantina Gutierrez Olvera<br>P.O. Box 351<br>Donna, TX 78537 | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| Jorge D. Olvera<br>████████████<br>Abilene, TX 79603 | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| Blanca Lydia Olvera Vasquez<br>████████████<br>Kingsville, TX 78363 | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| Ofelia Olvera-Ricker<br>████████████<br>Las Vegas, NV 89101 | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| Rolando Olvera<br>████████████<br>Red Oak, TX 75154 | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| Carolina Olvera Duran<br>P.O. Box 351<br>Donna, TX 78537 | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| David Olvera<br>████████████<br>Kyle, TX 78640 | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| Francisco Olvera, Jr.<br>P.O. Box 523001<br>Miami, FL 33152 | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| Felix Jackson Olvera<br>████████████<br>Kalamazoo, MI 49001 | Est. of Josefa Jackson Olvera Ponce |
| Richard Cervantes<br>████████████<br>Houma, LA 70363 | Est. of Marta Olvera via Est. of Josefa Jackson Olvera Ponce |

| | |
|---|---|
| Robert Cervantes<br>████████████<br>Weslaco TX 78599 | Est. of Marta Olvera via Est. of Josefa Jackson Olvera Ponce |
| Irma Cervantes Castillo<br>████████████<br>Weslaco, TX 78599 | Est. of Marta Olvera via Est. of Josefa Jackson Olvera Ponce |
| Eugenia Bueno Sanchez<br>████████████<br>Donna, TX 78537 | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Eutimio Sanchez, Jr.<br>████████████████████<br>Huntsville, TX 77320 | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Larry B. Sanchez<br>████████████<br>Weslaco, TX 78599 | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Paula S. Botello<br>P.O. Box 1151<br>Elsa, TX 78543 | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Hilaria Sanchez Castellanos<br>████████████<br>Donna, TX 78537 | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Lucinda Sanchez Hernandez<br>████████████<br>Donna, TX 78537 | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Natalia Sanchez<br>████████████<br>Brownsville, TX 78521 | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |

| | |
|---|---|
| Marissa Sanchez Hinojosa ▮▮▮▮▮▮▮▮▮▮▮▮ New Braunfels, TX 78132 | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Nelda Janet Sanchez Morales ▮▮▮▮▮▮▮▮▮▮ Hidalgo, TX 78557 | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Guadalupe Sanchez, Jr. ▮▮▮▮▮▮▮▮▮ Donna, TX 78537 | Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Alberto J. Sanchez ▮▮▮▮▮▮▮ Donna, TX 78537 | Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Pedro J. Sanchez P.O. Box 292 La Ward, TX 77970 | Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Rogelio Sanchez ▮▮▮▮▮▮▮ Mission, TX 78574 | Est. of Juan J. Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Maria Angelita Castillo Cordova P.O. Box 674 Donna, TX 78537 | Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Ernesto Castillo ▮▮▮▮▮▮▮▮▮▮▮▮ Lewisville, TX 75056 | Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Felipe Castillo, Jr. ▮▮▮▮▮▮▮▮▮ Buda, TX 78610 | Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Noemi Garcia Castillo ▮▮▮▮▮▮▮ Donna, TX 78537 | Est. of Rene Castillo via Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |

| | |
|---|---|
| Rene Castillo, Jr.<br>████████████<br>Donna, TX 78537 | Est. of Rene Castillo via Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Cindy Castillo<br>████████████<br>Donna, TX 78537 | Est. of Rene Castillo via Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Ashley Nicole Castillo<br>████████████<br>Donna, TX 78537 | Est. of Rene Castillo via Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Israel Castillo, Jr.<br>████████████<br>Corpus Christi, TX 78415 | Est. of Israel Castillo via Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Justin Castillo<br>████████████<br>Corpus Christi, TX 78415 | Est. of Israel Castillo via Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Natalie Roxanne Castillo<br>████████████<br>Corpus Christi, TX 78415 | Est. of Israel Castillo via Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Guadalupe Sanchez Cano<br>████████████<br>Donna, TX 78537 | Est. of Hilaria Jackson Sanchez Fernandez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Maria Del Rosario Sanchez<br>████████████<br>Donna, TX 78537 | Aff. of Heirship, Document #: 2017-2842136, Recorded August 17, 2017, Deed Records of Hidalgo County |

| | |
|---|---|
| Norma Sanchez<br>P.O. Box 681<br>Donna, TX 78537 | Aff. of Heirship, Document #: 2017-2842136, Recorded August 17, 2017, Deed Records of Hidalgo County |
| Gaspar Sanchez, Jr.<br>███████████<br>Donna, TX 78537 | Aff. of Heirship, Document #: 2017-2842136, Recorded August 17, 2017, Deed Records of Hidalgo County |
| Thelma Sanchez<br>P.O. Box 681<br>Donna, TX 78537 | Aff. of Heirship, Document #: 2017-2842136, Recorded August 17, 2017, Deed Records of Hidalgo County |
| Jennifer Janell Sanchez<br>███████████<br>Donna, TX 78537 | Aff. of Heirship, Document #: 2017-2842136, Recorded August 17, 2017, Deed Records of Hidalgo County |
| Laura Morgan Richey<br>███████████<br>Austin, TX 78719 | Est. of Mary Jane Richey via Est. of Claude Henry Donohoe Richey via Est. of William Edgar Richey |
| Claude Henry Richey, Jr.<br>███████████<br>Houston, TX 77084 | Est. of Mary Jane Richey via Est. of Claude Henry Donohoe Richey via Est. of William Edgar Richey |
| William Edgar Richey<br>███████████<br>Reston, VA 20191 | Est. of Mary Jane Richey via Est. of Claude Henry Donohoe Richey via Est. of William Edgar Richey |
| Mary Azam<br>███████████<br>Meadowlakes, TX 78654 | Est. of William Edgar Richey |
| **Hidalgo County**<br>Pablo "Paul" Villarreal, Jr.<br>Tax Assessor-Collector<br>2804 S. Business Hwy 281<br>Edinburg, TX  78539 | Tax Authority |
| **FOR SUBORDINATION PURPOSES ONLY**<br><br>**Military Highway Water Supply Corporation**<br>P.O. Box 250<br>Progreso, TX  78579<br><br>**Military Highway Water Supply Corporation** | Right of Way Easement, Document #: 1980-4710, Recorded February 12, 1980, Deed Records of Hidalgo County |

| Ramon Rosales Jr. (Registered Agent)<br>█████████████<br>Mercedes, TX  78570 | |
|---|---|

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**DEFENDANTS**

6.10 Acres of Land, More or Less, Situate in Hidalgo County, State of Texas, Yolanda Hernandez, et al.

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Hidalgo
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Roland D. Ramos, United States Attorney's Office, SDTX, 1701 West Bus. Hwy 83, Ste 600, McAllen, Texas 78501

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☒ 1  U.S. Government Plaintiff | ☐ 3  Federal Question *(U.S. Government Not a Party)* | |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| | Liability | ☐ 368 Asbestos Personal | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | Injury Product | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans | ☐ 345 Marine Product Liability | Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| (Excludes Veterans) | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Injury | ☐ 380 Other Personal Property Damage | Relations | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114

Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate, and maintain border security.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:    ☐ Yes    ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE  12/11/2019

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE