# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## SCHEDULE B

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, gates, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Hidalgo County, Texas

Tract: RGV-WSL-4004
Owner: Yolanda Hernandez, *et al*.
Acres: 6.10

**Being** a 6.10 acre tract (265,669 sq. ft.) of land located in the Agostadero Del Gato Grant and the La Blanca Grant, Hidalgo County, Texas; being all of a called 6.1 acre tract of land described in partition deed to Andrea Jackson De Munoz; Clemencia Jackson De Brewster; Ysabel Jackson De Sanchez; Leonard Jackson, Jr.; Josefa Jackson Ponce; W. E. Ritchey; Apolonio Jackson; and Daniel Jackson, recorded in Volume 777, Page 79 of the Hidalgo County Deed Records (H.C.D.R.), executed July 29, 1952, also being all of "LEVEE 6.10 AC." as shown on the Map of Proposed Partition Share Number One of Webber Partition, recorded in Volume 1091, Page 58 H.C.D.R. (no assigned Hidalgo County Appraisal District Property ID No.); said 6.10 acre tract being more particularly described by metes and bounds as follows:

**Commencing** at a found 3/8-inch iron rod on the south line of U.S. 281 (100' ROW Easement), recorded in Volume 652, Page 92, Volume 652, Page 97 and Volume 656, Page 219 H.C.D.R., the east line of Share 4, Block 4 of Map of Munoz Partition, recorded in Volume 12, Page 9 of the Hidalgo County Map Records (H.C.M.R.) and the west line of Lot 5 of said Map of Proposed Partition Share Number One of Webber Partition, having coordinates of N=16,554,764.21, E=1,119,113.24;

**Thence:** South 08°40'59" West, along the east line of said Map of Munoz Partition and the west line of said Map of Proposed Partition Share Number One of Webber Partition, a distance of 2,832.66 feet to a point "RGV-WSL-4004-1" for the **Point of Beginning**,

westerly northwest corner of the herein described tract, the southwest corner of Lot 7 of said Map of Proposed Partition Share Number One of Webber Partition, the southwest corner of a called 18.22 acre tract of land (second tract) described in deed to Sam J. Brewster, Trustee, recorded in Volume 1765, Page 915 H.D.C.R, executed February 03, 1982, the westerly northwest corner of said LEVEE 6.10 AC. and the westerly northwest corner of said Andrea Jackson De Munoz, et al tract, being on the east line of Share 5, Block 4 of said Map of Munoz Partition, having coordinates of N=16,551,964.02, E=1,118,685.60, from which a found International Boundary Commission (IBC) disk in concrete bears South 84°16'42" West, 0.62 feet;

**Thence:** North 84°16'42" East, along the south line of said Lot 7, the south line of said Sam J. Brewster, Trustee 18.22 acre tract, the westerly north line of said LEVEE 6.10 AC. and the westerly north line of said Andrea Jackson De Munoz, et al tract, a distance of 588.03 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4004-2", set, for an interior corner of the herein described tract, the southeast corner of said Lot 7, the southeast corner of said Sam J. Brewster, Trustee 18.22 acre tract, an interior corner of said LEVEE 6.10 AC. and an interior corner of said Andrea Jackson De Munoz, et al tract;

**Thence:** North 08°31'52" East, along the east line of said Lot 7, the east line of said Sam J. Brewster, Trustee 18.22 acre tract, the northerly west line of said LEVEE 6.10 AC. and the northerly west line of said Andrea Jackson De Munoz, et al tract, a distance of 45.66 feet to a found 1/2-inch iron rod (attached tag stamped "RGV-WSL-4004-3"), for the northerly northwest corner of herein described tract, the southwest corner of a called 73.306 acre tract of land (Tract 372) described in deed to United States of America, recorded in Volume 2652, Page 249 H.C.D.R., executed September 20, 1988, the northerly northwest

corner of said LEVEE 6.10 AC. and the northerly northwest corner of said Andrea Jackson De Munoz, et al tract;

**Thence:** South 81°28'38" East, along the south line of said TRACT 372, the easterly north line of said LEVEE 6.10 AC. and the easterly north line of said Andrea Jackson De Munoz, et al tract, a distance of 347.20 feet to a point "RGV-WSL-4004-4", for the northeast of herein described tract, the northwest corner of a called 137.47 acre tract of land described in deed to Eberle Investments, Ltd., recorded in Document Number 2008-1951867 of the Hidalgo County Official Records (H.C.O.R.), executed October 16, 2008, the northeast corner of said LEVEE 6.10 AC. and the northeast corner of said Andrea Jackson De Munoz, et al tract, from which a found 1/2-inch iron rod bears North 81°28'38" West, 1.16 feet;

**Thence:** South 08°25'20" West, along the west line of said Eberle Investments, Ltd. Tract, the east line of said LEVEE 6.10 AC. and the east line of said Andrea Jackson De Munoz, et al tract, a distance of 246.29 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4004-5", set, for the southeast corner of the herein described tract, the northeast corner of Lot 8 of said Map of Proposed Partition Share Number One of Webber Partition, the northeast corner of a called 7.9 acre tract of land (First Tract) described in deed to Sam J. Brewster, Trustee, recorded in Volume 1765, Page 915 H.D.C.R, executed February 03, 1982, the southeast corner of said LEVEE 6.10 AC. and the southeast corner of said Andrea Jackson De Munoz, et al tract, from which a found 1-inch iron pipe bears North 17°46' West, 4.7 feet;

**Thence:** South 84°16'42" West, along the north line of said Lot 8, the north line of said Sam J. Brewster, Trustee 7.9 acre tract, the south line of said LEVEE 6.10 AC. and the south line of said Andrea Jackson De Munoz, et al tract, passing at a distance of 857.67

feet passing a found 3/4-inch iron pipe for the northeast corner of a called 1.0 acre tract described in deed to Santiago Jackson and wife, Belinda Jackson, recorded in Volume 1219, Page 344 H.C.D.R, executed November 25, 1968 and the northwest corner of said Sam J. Brewster, Trustee 7.9 acre tract, continuing for a total distance of 947.53 feet to a found IBC disk in concrete (attached tag stamped "RGV-WSL-4004-6"), for the southwest corner of herein described tract, the northwest corner of said Lot 8, the northwest corner of said Santiago Jackson tract, the southwest corner of said LEVEE 6.10 AC. and the southwest corner of said Andrea Jackson De Munoz, et al tract, being on the east line of said Share 5;

**Thence:** North 08°40'59" East, along the east line of said Share 5, the west line of said LEVEE 6.10 AC. and the west line of said Andrea Jackson De Munoz, et al tract, passing at a distance of 13.46 feet a 5/8" iron rod with aluminum cap stamped "RGV-WSL-4002-2", passing at a distance of 279.94 feet a 5/8" iron rod with aluminum cap stamped "RGV-WSL-4002-1", continuing for a total distance of 289.09 feet to the **Point of Beginning** and containing 6.10 acre or 265,669 square feet of land.

# SCHEDULE D

## SCHEDULE D
## MAP or PLAT



NOTES:

1. BEARINGS AND COORDINATES ARE REFERENCED TO THE TEXAS COORDINATE SYSTEM OF 1983, NAD83 (2011), SOUTH ZONE (4205) AND BASED ON CONTROL POINT NUMBER 112, HAVING COORDINATES OF N=16,554,097.08 & E=1,106,071.686, CONTROL POINT NUMBER 113, HAVING COORDINATES OF N=16,551,420.147 & E=1,113,893.195 AND CONTROL POINT NUMBER 114, HAVING COORDINATES OF N=16,551,984.317, E=1,119,470.921 AS ESTABLISHED BY B&F ENGINEERING, INC. ALL COORDINATES AND DISTANCES ARE SURFACE VALUES AND CAN BE CONVERTED TO GRID VALUES BY MULTIPLYING BY THE PROJECT SCALE FACTOR (PSF) OF 1.000000000 (SURFACE X PSF = GRID).

2. THE UNIT OF MEASURE IS THE U.S. SURVEY FOOT.

3. THIS PLAT IS ACCOMPANIED BY SEPARATE METES AND BOUNDS DESCRIPTION.

4. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.

5. RESEARCH WAS PERFORMED OCTOBER TO DECEMBER 2018.

6. FIELD SURVEYS WERE PERFORMED OCTOBER 2018 TO FEBRUARY, 2019.

7. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON DECEMBER 03, 2018 (LONE STAR 811 TICKET NO. 583247704, TEXAS811 LOCATE REQUEST TICKET NO. 1883717293).

8. CORNERS NOT SET AT TIME OF SURVEY, TO BE SET UPON POSSESSION OF PROPERTY BY THE GOVERNMENT.

P.O.C.
FND. 3/8" IR
N=16,554,764.21
E=1,119,113.24

U.S. 281

SURVEY LINE

SCALE:
NOT TO SCALE

| AREA TABLE (ACRES) | | | |
|---|---|---|---|
| EXISTING AC. | TAKING AC./S.F. | EXISTING USA EASEMENT | REMAINING |
| 6.10 | 6.10 265,669 | 6.10 AC. 265,669 SQ. FT. | 0.00 |

LA BLANCA GRANT
HIDALGO COUNTY,
TEXAS

AGOSTADERO DEL GATO GRANT
HIDALGO COUNTY, TEXAS

| COORDINATE TABLE | | |
|---|---|---|
| POINT | NORTHING | EASTING |
| RGV-WSL-4004-1 | 16,551,964.02 | 1,118,685.60 |
| RGV-WSL-4004-2 | 16,552,022.64 | 1,119,270.70 |
| RGV-WSL-4004-3 | 16,552,067.79 | 1,119,277.47 |
| RGV-WSL-4004-4 | 16,552,016.34 | 1,119,620.84 |
| RGV-WSL-4004-5 | 16,551,772.71 | 1,119,584.76 |
| RGV-WSL-4004-6 | 16,551,678.24 | 1,118,641.96 |

P.O.B.
RGV-WSL-4004-1
N=16,551,964.02
E=1,118,685.60
FND. IBC DISK IN CONC.
BEARS S 84°16'42" W, 0.62'

CALLED 6.1 ACRE TRACT OF LAND
DESCRIBED IN PARTITION DEED TO
ANDREA JACKSON DE MUNOZ,
CLEMENCIA JACKSON DE BREWSTER,
YSABEL JACKSON DE SANCHEZ,
LEONARD JACKSON JR.,
JOSEFA JACKSON PONCE,
W. E. RITCHEY, APOLONIO JACKSON AND
DANIEL JACKSON,
RECORDED IN VOLUME 777, PAGE 79
OF THE HIDALGO COUNTY DEED RECORDS
(H.C.D.R.),
EXECUTED JULY 29, 1952

RGV-WSL-4004
6.10 AC.
265,669 SQ. FT.

I HEREBY CERTIFY THAT THIS SURVEY WAS MADE ON THE GROUND UNDER MY SUPERVISION AND THAT THIS PLAT CORRECTLY REPRESENTS THE FACTS AS FOUND AT THE TIME OF THE SURVEY.
SURVEY DATE, FEBRUARY, 2019.

*Adam N. Diehl* 02/15/2019
ADAM N. DIEHL
REGISTERED PROFESSIONAL LAND SURVEYOR
NO. 6346

STATE OF TEXAS
REGISTERED
ADAM N. DIEHL
6346
PROFESSIONAL
LAND SURVEYOR

LEGEND

● - SET 5/8" IR W/ALUMINUM CAP STAMPED (AS NOTED)
o - FOUND PROPERTY CORNER (AS NOTED)
H.C.D.R. - HIDALGO COUNTY DEED RECORDS
H.C.O.R. - HIDALGO COUNTY OFFICIAL RECORDS
H.C.M.R. - HIDALGO COUNTY MAP RECORDS
P.O.C. - POINT OF COMMENCING
P.O.B. - POINT OF BEGINNING
—PL— - PROPERTY LINE
——— - PROPOSED ACQUISITION
— — - EASEMENT

LANDTECH
engineering • surveying
2525 North Loop West, Suite 300, Houston, Texas 77008
T: 713-861-7068, F: 713-861-4131
TBPE Registration No. F-1364; TBPLS Registration No. 10019100

| Drawing Ref. No. SHEET 5 OF 8 | ANDREA JACKSON DE MUNOZ, ET AL | | | |
|---|---|---|---|---|
| | TRACT NO. RGV-WSL-4004 | | | |
| | HIDALGO COUNTY | | TEXAS | |

| | Mark | Description | Date | Appr |
|---|---|---|---|---|

| | BY | DATE |
|---|---|---|
| Drawn | MP | 02/19 |
| Checked | AND | 02/19 |
| Surveyor | AND | 02/19 |
| Fld.Bk. # | 18RGVH-T1-L3 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779870001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 1019047

B&F
ENGINEERING, INC.
828 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bfeng.com

US Army Corps of Engineers

LANDTECH  1820182  FILE NAME:            DATE:



U.S. 281
(100' ROW EASEMENT)
VOL. 652, PG. 92; VOL. 652, PG. 97 &
VOL. 656, PG. 219
H.C.D.R.

0   30   60   120

SCALE: 1"=60'

P.O.C.
FND. 3/8" IR
N=16,554,764.21
E=1,119,113.24

LOT 5

LOT 6

AGOSTADERO DEL GATO GRANT
HIDALGO COUNTY, TEXAS

SHARE 4
BLOCK 4

S 08°40'59" W
2,832.66'

MAP OF MUNOZ
PARTITION
VOL. 12, PG. 8
H.C.M.R.

LOT 7
CALLED 18.22 ACRES
(SECOND TRACT)
SAM J. BREWSTER, TRUSTEE
VOL. 1765, PG. 915
H.C.D.R.
EXECUTED FEBRUARY 03, 1982

MAP OF PROPOSED PARTITION
SHARE NUMBER ONE OF
WEBBER PARTITION
VOL. 1091, PG. 58
H.C.D.R.

N 84°16'42" E
588.03'

LEVEE
EASEMENT

TOE OF SLOPE

LEVEE EASEMENT
VOL. 434, PG. 222
H.C.D.R.

TOE OF SLOPE
RGV-WSL-4002-1

P.O.B.
RGV-WSL-4004-1
N=16,551,964.02
E=1,118,685.60
FND. IBC DISK IN CONC.
BEARS S 84°16'42" W, 0.62'

TELEPHONE
PEDESTAL

POST

DIRT / GRAVEL ROAD

LEVEE EASEMENT
VOL. 434, PG. 346
H.C.D.R.

9.15'

289.09'

CALLED 6.1 ACRE TRACT OF LAND
DESCRIBED IN PARTITION DEED TO
ANDREA JACKSON DE MUNOZ, CLEMENCIA JACKSON DE BREWSTER,
YSABEL JACKSON DE SANCHEZ,
LEONARD JACKSON, JR., JOSEFA JACKSON PONCE,
W. E. RITCHEY, APOLONIO JACKSON AND DANIEL JACKSON,
RECORDED IN VOLUME 777, PAGE 79
OF THE HIDALGO COUNTY DEED RECORDS (H.C.D.R.),
EXECUTED JULY 29, 1952

SHARE 5

TOE OF SLOPE

TELEPHONE
PEDESTAL

N 08°40'59" E  266.48'

SUBDIVISION LINE

LEVEE 6.10 AC

RGV-WSL-4004
6.10 AC.
265,669 SQ. FT.

WOODS

WOODS

CALLED 1.0 ACRE
SANTIAGO JACKSON AND WIFE,
BENILDA JACKSON
VOL. 1219, PG. 344
H.C.D.R.
EXECUTED NOVEMBER 25, 1968

MATCH LINE "A"

RGV-WSL-
4002-2
13.46'
89.86'

FND. 3/4" IP

857.67'

S 84°16'42" W

947.53'

LEVEE
EASEMENT

DIRT / GRAVEL ROAD

RGV-WSL-4004-6
FND. IBC DISK IN CONC.

LOT 8   CALLED 7.9 ACRES
(FIRST TRACT)
SAM J. BREWSTER, TRUSTEE
VOL. 1765, PG. 915
H.C.D.R.
EXECUTED FEBRUARY 03, 1982

LANDTECH
engineering • surveying
2525 North Loop West, Suite 300, Houston, Texas 77008
T: 713-861-7068, F: 713-861-4131
TBPE Registration No. F-1364, TBPLS Registration No. 10019100

ANDREA JACKSON DE MUNOZ, ET AL

TRACT NO. RGV-WSL-4004

HIDALGO COUNTY                    TEXAS

| Mark | Description | Date | App'r |
|---|---|---|---|

| | BY | DATE |
|---|---|---|
| Drawn | MP | 02/19 |
| Checked | AND | 02/19 |
| Surveyor | AND | 02/19 |

Fld.Bk. # 18RGVH-T1-L3
TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
No. 10103042

CONTRACT NO.: W9127S-14-D-0013
T.o.: W45XMA815779870001

B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6659
(EMAIL) info@bnfeng.com

US Army Corps
of Engineers

Drawing Ref.
SHEET 6 OF 8

LANDTECH   1820182 FILE NAME:                    DATE:



AGOSTADERO DEL GATO GRANT
HIDALGO COUNTY, TEXAS

SCALE: 1"=60'

MAP OF PROPOSED PARTITION
SHARE NUMBER ONE OF
WEBBER PARTITION
VOL. 1081, PG. 58
H.C.D.R.

CALLED 76.306 ACRES
(TRACT 372)
UNITED STATES OF AMERICA
VOL. 2652, PG. 249
H.C.D.R.
EXECUTED
SEPTEMBER 20, 1988

LOT 7
CALLED 18.22 ACRES
(SECOND TRACT)
SAM J. BREWSTER, TRUSTEE
VOL. 1765, PG. 915
H.C.D.R.
EXECUTED FEBRUARY 03, 1982

RGV-WSL-4004-3
FND. 1/2" IR

L2

L1

RGV-WSL-4004-2

N 84°16'42" E    588.03'

TOE OF SLOPE

LEVEE EASEMENT
VOL. 434, PG. 222
H.C.D.R.

DIRT / GRAVEL ROAD

RGV-WSL-4004
6.10 AC.
265,669 SQ. FT.

TOE OF SLOPE

WOODS

MATCH LINE "B"

MATCH LINE "A"

CALLED 6.1 ACRE TRACT OF LAND
DESCRIBED IN PARTITION DEED TO
ANDREA JACKSON DE MUNOZ,
CLEMENCIA JACKSON DE BREWSTER,
YSABEL JACKSON DE SANCHEZ,
LEONARD JACKSON, JR.,
JOSEFA JACKSON PONCE,
W. E. RITCHEY, APOLONIO JACKSON AND
DANIEL JACKSON,
RECORDED IN VOLUME 777, PAGE 79
OF THE HIDALGO COUNTY DEED RECORDS
(H.C.D.R.),
EXECUTED JULY 29, 1952

LEVEE 6.10 AC.

SURVEY LINE

857.67'

S 84°16'42" W
947.53'

CALLED 7.9 ACRES
(FIRST TRACT)
SAM J. BREWSTER, TRUSTEE
VOL. 1765, PG. 915, H.C.D.R.
EXECUTED FEBRUARY 03, 1982

LOT 8

LA BLANCA GRANT
HIDALGO COUNTY, TEXAS

LANDTECH
engineering • surveying
2525 North Loop West, Suite 300, Houston, Texas 77008
T: 713-861-7068, F: 713-861-4131
TBPE Registration No. F-1364; TBPLS Registration No. 10019100

| LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N 08°31'52" E | 45.66' |
| L2 | S 81°28'38" E | 347.20' |

ANDREA JACKSON DE MUNOZ

TRACT NO. RGV-WSL-4004

HIDALGO COUNTY          TEXAS

| Mark | Description | Date | Appr. |
|---|---|---|---|
| | | | |
| | | | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779870001

| | BY | DATE |
|---|---|---|
| Drawn | MP | 02/19 |
| Checked | AND | 02/19 |
| Surveyor | AND | 02/19 |
| Fld.Bk. # | 18RGVH-T1-L3 | |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193542

B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6559
(EMAIL) info@bnfeng.com

US Army Corps
of Engineers

Drawing Ref. No.
SHEET 7 OF 8

LANDTECH  1820162  FILE NAME:          DATE:



CALLED 76.306 ACRES
(TRACT 372)
UNITED STATES OF AMERICA
VOL. 2652, PG. 249
H.C.D.R.
EXECUTED
SEPTEMBER 20, 1988

LA BLANCA GRANT
HIDALGO COUNTY, TEXAS

SCALE: 1"=60'

0   30   60   120

LEVEE EASEMENT
VOL. 429, PG. 499
H.C.D.R.
RETAINING WALL

CALLED 76.306 ACRES
(TRACT 372)
UNITED STATES OF AMERICA
VOL. 2652, PG. 249
H.C.D.R.
EXECUTED
SEPTEMBER 20, 1988

S 81°28'38" E
347.20'

CHAINLINK FENCE

TOE OF SLOPE

CONC.

RGV-WSL-4004-4
FND. 1/2" IR
BEARS
N 81°28'38" W, 1.16'

LEVEE EASEMENT
VOL. 434, PG. 222
H.C.D.R.

DIRT / GRAVEL ROAD

RGV-WSL-4004
6.10 AC.
265,669 SQ. FT.

GUARD RAIL

246.29'

TOE OF SLOPE

WOODS

WOODS

MATCH LINE "B"

CALLED 6.1 ACRE TRACT OF LAND
DESCRIBED IN PARTITION DEED TO
ANDREA JACKSON DE MUNOZ,
CLEMENCIA JACKSON DE BREWSTER,
YSABEL JACKSON DE SANCHEZ,
LEONARD JACKSON, JR., JOSEFA JACKSON PONCE,
W. E. RITCHEY, APOLONIO JACKSON AND
DANIEL JACKSON,
RECORDED IN VOLUME 777, PAGE 79
OF THE HIDALGO COUNTY DEED RECORDS
(H.C.D.R.),
EXECUTED JULY 29, 1952

LEVEE 6.10 AC.

S 08°25'20" W

FND. 1" IP, BEARS
N 17°46' W, 4.7'

RGV-WSL-4004-5

857.67'

S 84°16'42" W
947.53'

LOT 8

CALLED 7.9 ACRES
(FIRST TRACT)
SAM J. BREWSTER, TRUSTEE
VOL. 1765, PG. 915, H.C.D.R.
EXECUTED FEBRUARY 03, 1982

CALLED 137.47 ACRES
EBERLE INVESTMENTS, LTD.
DOC. NO. 2008-1951867
H.C.O.R.
EXECUTED
OCTOBER 16, 2008

## LANDTECH
engineering • surveying
2525 North Loop West, Suite 300, Houston, Texas 77008
T: 713-861-7068, F: 713-861-4131
TBPE Registration No. F-1364; TBPLS Registration No. 10019100

ANDREA JACKSON DE MUNOZ

TRACT NO. RGV-WSL-4004

HIDALGO COUNTY                                    TEXAS

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|
|      |             |      |       |
|      |             |      |       |
|      |             |      |       |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA81577687D001

|          | BY  | DATE  |
|----------|-----|-------|
| Drawn    | MP  | 02/19 |
| Checked  | AND | 02/19 |
| Surveyor | AND | 02/19 |
| Fld.Bk. #| 18RGVH-T1-L3 |

TEXAS LICENSE SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10137142

ENGINEERING, INC.
926 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6559
(EMAIL) info@bnfeng.com

US Army Corps
of Engineers

Drawing Ref. No.
SHEET 8 OF 8

LANDTECH   1820182   FILE NAME:                        DATE:

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Hidalgo County, Texas

Tract:  RGV-WSL-4004
Owner:  Yolanda Hernandez, *et al.*-
Acres:  6.10

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is Twenty Five Thousand Ten DOLLARS AND NO/100 ($25,010.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Landowner** | |
| Yolanda Jackson Hernandez <br> ▆▆▆▆▆▆▆▆▆ <br> Donna, TX 78537 | Cause No. 01-018840-01010 a/k/a 18-840-A, in the Probate Court of Hidalgo County |
| Daniel Jackson, Jr. <br> ▆▆▆▆▆▆▆▆▆ <br> Donna, TX 78537 | Cause No. 01-018840-01010 a/k/a 18-840-A, in the Probate Court of Hidalgo County |
| Apolonio Jackson, Jr. <br> ▆▆▆▆▆▆▆▆▆ <br> Donna, TX 78537 | Cause No. 01-018840-01010 a/k/a 18-840-A, in the Probate Court of Hidalgo County |
| Brenda Lee Jackson <br> ▆▆▆▆▆▆▆▆▆ <br> San Juan, TX 78589 | Est. of Lee Roy Jackson via Aff. of Heirship, Document #: 1970-8070, Recorded June 11, 1970, Deed Records of Hidalgo County |
| Narsedalia Jackson <br> ▆▆▆▆▆▆▆▆▆ <br> San Juan, TX 78589 | Est. of Lee Roy Jackson via Aff. of Heirship, Document #: 1970-8070, Recorded June 11, 1970, Deed Records of Hidalgo County |
| Edwardo Lee Jackson <br> ▆▆▆▆▆▆▆▆▆ <br> Austin, TX 78702 | Aff. of Heirship, Document #: 1970-8070, Recorded June 11, 1970, Deed Records of Hidalgo County |
| Oralia Jackson Santiago <br> ▆▆▆▆▆▆▆▆▆ <br> San Antonio, TX 78224 | Aff. of Heirship, Document #: 1970-8070, Recorded June 11, 1970, Deed Records of Hidalgo County |
| Jesse Lee Jackson, Jr. <br> ▆▆▆▆▆▆▆▆▆ <br> Donna, TX 78537 | Cause No. 21-427-C, in the Probate Court of Hidalgo County |

| | |
|---|---|
| Joe Lee Jackson <br> ███████████ <br> Donna, TX 78537 | Cause No. 21-427-C, in the Probate Court of Hidalgo County |
| Jaime Jackson <br> ███████████ <br> Donna, TX 78537 | Cause No. 21-427-C, in the Probate Court of Hidalgo County |
| Carmela Barron Jackson <br> ███████████ <br> Donna, TX 78537 | Cause No. 21-427-C, in the Probate Court of Hidalgo County |
| Antonia Margarita Jackson Rodriguez <br> ███████████ <br> Imlay City, MI 48444 | Est. of Leonardo Jackson, Jr. |
| Raymond Adam Jackson <br> ███████████ <br> Lapeer, MI 48446 | Est. of Leonardo Jackson, Jr. |
| Leonard Thomas Jackson <br> ███████████ <br> Lapeer, MI 48446 | Est. of Leonardo Jackson, Jr. |
| Ricardo Jackson <br> ███████████ <br> Lapeer, MI 48446 | Est. of Leonardo Jackson, Jr. |
| Emilia Jackson <br> ███████████ <br> Grand Rapids, MI 49504 | Est. of Leonardo Jackson, Jr. |
| Angelica Jackson <br> ███████████ <br> Comstock Park, MI 49321 | Est. of Leonardo Jackson, Jr. |
| Andres Jackson <br> ███████████ <br> Grand Rapids, MI 49544 | Est. of Leonardo Jackson, Jr. |
| Samuel Brewster, Jr. <br> ███████████ <br> Fairmont, MN 56031 | Est. of Samuel Jackson Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Lewis Brewster <br> Address Unknown | Est. of Samuel Jackson Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |

| | |
|---|---|
| James Brian Brewster<br>████████████████<br>P.O. Box 549<br>Whitehall, TN 38075 | Est. of Samuel Jackson Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Gabriel Bryan Brewster<br>████████<br>Fairmont, MN 56031 | Est. of Samuel Jackson Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| David Brewster<br>████████████<br>Edinburg, TX 78539 | Est. of Samuel Jackson Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Clemencia America Brewster Rodriguez<br>████████<br>Brownfield, TX 79316 | Est. of Samuel Jackson Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Sandra Brewster<br>████████████<br>Fairmont, MN 56031 | Est. of Samuel Jackson Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Melissa Cher Lewis<br>████████████<br>Niles, MI 49120 | Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Virginia Sanchez<br>██████████<br>Edinburg, TX 78539 | Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Teresa Casarez Brewster<br>P.O. Box 554<br>Donna, TX 78537 | Est. of George Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Roxanne Brewster Rodriguez<br>████████<br>Alamo, TX 78516 | Est. of George Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Diane Brewster<br>██████████<br>Alamo, TX 78516 | Est. of George Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |

| | |
|---|---|
| Rosa Linda Brewster <br> ███████████████████ <br> Antioch, TN 37013 | Est. of George Brewster, Jr. via Est. of George Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Jacqueline Brewster <br> █████████████████ <br> Nashville, TN 37211 | Est. of George Brewster, Jr. via Est. of George Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Frances Brewster <br> █████████████ <br> Madison, TN 37115 | Est. of George Brewster, Jr. via Est. of George Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Ventura Brewster Flores <br> P.O. Box 472 <br> Donna, TX 78537 | Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Amalia Brewster Flores <br> ███████████████ <br> Donna, TX 78537 | Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Rose Brewster Dillard <br> ██████████████ <br> Donna, TX 78537 | Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Jamie Lanay Brewster <br> ██████████████ <br> Donna, TX 78537 | Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Luisa Brewster Gallardo <br> ██████████████ <br> Donna, TX 78537 | Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Trinidad Mata Jr. <br> ████████████████ <br> Halls, TN 38040 | Est. of Susana Mata via Est. of Josefa Jackson Olvera Ponce |
| Josefa Mata <br> P.O. Box 13935 <br> Edwardsville, KS 66111 | Est. of Susana Mata via Est. of Josefa Jackson Olvera Ponce |
| Ray Mata <br> ██████████ <br> Pampa, TX 79065 | Est. of Susana Mata via Est. of Josefa Jackson Olvera Ponce |

| | |
|---|---|
| Pablo Olvera<br>P.O. Box 197<br>Donna, TX 78537 | Est. of Josefa Jackson Olvera Ponce |
| Felipa Olvera Gutierrez<br>P.O. Box 65<br>Donna, TX 78537 | Est. of Josefa Jackson Olvera Ponce |
| Eglantina Gutierrez Olvera<br>P.O. Box 351<br>Donna, TX 78537 | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| Jorge D. Olvera<br>████████████<br>Abilene, TX 79603 | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| Blanca Lydia Olvera Vasquez<br>████████████<br>Kingsville, TX 78363 | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| Ofelia Olvera-Ricker<br>████████████<br>Las Vegas, NV 89101 | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| Rolando Olvera<br>████████████<br>Red Oak, TX 75154 | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| Carolina Olvera Duran<br>P.O. Box 351<br>Donna, TX 78537 | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| David Olvera<br>████████████<br>Kyle, TX 78640 | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| Francisco Olvera, Jr.<br>P.O. Box 523001<br>Miami, FL 33152 | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| Felix Jackson Olvera<br>████████████<br>Kalamazoo, MI 49001 | Est. of Josefa Jackson Olvera Ponce |
| Richard Cervantes<br>████████████<br>Houma, LA 70363 | Est. of Marta Olvera via Est. of Josefa Jackson Olvera Ponce |

| | |
|---|---|
| Robert Cervantes<br>████████████<br>Weslaco TX 78599 | Est. of Marta Olvera via Est. of Josefa Jackson Olvera Ponce |
| Irma Cervantes Castillo<br>████████████<br>Weslaco, TX 78599 | Est. of Marta Olvera via Est. of Josefa Jackson Olvera Ponce |
| Eugenia Bueno Sanchez<br>████████████<br>Donna, TX 78537 | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Eutimio Sanchez, Jr.<br>████████████████████<br>Huntsville, TX 77320 | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Larry B. Sanchez<br>████████████<br>Weslaco, TX 78599 | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Paula S. Botello<br>P.O. Box 1151<br>Elsa, TX 78543 | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Hilaria Sanchez Castellanos<br>████████████<br>Donna, TX 78537 | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Lucinda Sanchez Hernandez<br>████████████<br>Donna, TX 78537 | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Natalia Sanchez<br>████████████<br>Brownsville, TX 78521 | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |

| | |
|---|---|
| Marissa Sanchez Hinojosa<br>██████████<br>New Braunfels, TX 78132 | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Nelda Janet Sanchez Morales<br>██████████<br>Hidalgo, TX 78557 | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Guadalupe Sanchez, Jr.<br>██████████<br>Donna, TX 78537 | Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Alberto J. Sanchez<br>██████████<br>Donna, TX 78537 | Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Pedro J. Sanchez<br>P.O. Box 292<br>La Ward, TX 77970 | Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Rogelio Sanchez<br>██████████<br>Mission, TX 78574 | Est. of Juan J. Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Maria Angelita Castillo Cordova<br>P.O. Box 674<br>Donna, TX 78537 | Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Ernesto Castillo<br>██████████<br>Lewisville, TX 75056 | Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Felipe Castillo, Jr.<br>██████████<br>Buda, TX 78610 | Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Noemi Garcia Castillo<br>██████████<br>Donna, TX 78537 | Est. of Rene Castillo via Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |

| | |
|---|---|
| Rene Castillo, Jr.<br>██████████<br>Donna, TX 78537 | Est. of Rene Castillo via Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Cindy Castillo<br>██████████<br>Donna, TX 78537 | Est. of Rene Castillo via Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Ashley Nicole Castillo<br>██████████<br>Donna, TX 78537 | Est. of Rene Castillo via Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Israel Castillo, Jr.<br>██████████<br>Corpus Christi, TX 78415 | Est. of Israel Castillo via Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Justin Castillo<br>██████████<br>Corpus Christi, TX 78415 | Est. of Israel Castillo via Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Natalie Roxanne Castillo<br>██████████<br>Corpus Christi, TX 78415 | Est. of Israel Castillo via Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Guadalupe Sanchez Cano<br>██████████<br>Donna, TX 78537 | Est. of Hilaria Jackson Sanchez Fernandez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Maria Del Rosario Sanchez<br>██████████<br>Donna, TX 78537 | Aff. of Heirship, Document #: 2017-2842136, Recorded August 17, 2017, Deed Records of Hidalgo County |

| | |
|---|---|
| Norma Sanchez<br>P.O. Box 681<br>Donna, TX 78537 | Aff. of Heirship, Document #: 2017-2842136, Recorded August 17, 2017, Deed Records of Hidalgo County |
| Gaspar Sanchez, Jr.<br>▮▮▮▮▮▮▮▮<br>Donna, TX 78537 | Aff. of Heirship, Document #: 2017-2842136, Recorded August 17, 2017, Deed Records of Hidalgo County |
| Thelma Sanchez<br>P.O. Box 681<br>Donna, TX 78537 | Aff. of Heirship, Document #: 2017-2842136, Recorded August 17, 2017, Deed Records of Hidalgo County |
| Jennifer Janell Sanchez<br>▮▮▮▮▮▮▮▮<br>Donna, TX 78537 | Aff. of Heirship, Document #: 2017-2842136, Recorded August 17, 2017, Deed Records of Hidalgo County |
| Laura Morgan Richey<br>▮▮▮▮▮▮▮▮<br>Austin, TX 78719 | Est. of Mary Jane Richey via Est. of Claude Henry Donohoe Richey via Est. of William Edgar Richey |
| Claude Henry Richey, Jr.<br>▮▮▮▮▮▮▮▮<br>Houston, TX 77084 | Est. of Mary Jane Richey via Est. of Claude Henry Donohoe Richey via Est. of William Edgar Richey |
| William Edgar Richey<br>▮▮▮▮▮▮▮▮<br>Reston, VA 20191 | Est. of Mary Jane Richey via Est. of Claude Henry Donohoe Richey via Est. of William Edgar Richey |
| Mary Azam<br>▮▮▮▮▮▮▮▮<br>Meadowlakes, TX 78654 | Est. of William Edgar Richey |
| **Hidalgo County**<br>Pablo "Paul" Villarreal, Jr.<br>Tax Assessor-Collector<br>2804 S. Business Hwy 281<br>Edinburg, TX  78539 | Tax Authority |
| **FOR SUBORDINATION PURPOSES ONLY**<br><br>**Military Highway Water Supply Corporation**<br>P.O. Box 250<br>Progreso, TX  78579<br><br>**Military Highway Water Supply Corporation** | Right of Way Easement, Document #: 1980-4710, Recorded February 12, 1980, Deed Records of Hidalgo County |

| Ramon Rosales Jr. (Registered Agent) ███████████ Mercedes, TX  78570 | |