United States District Court
Southern District of Texas
**ENTERED**
December 12, 2019
David J. Bradley, Clerk

TX/SD/JS-14

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| **RECUSAL ORDER** | **CIVIL ACTION NUMBER M-19-409** |
| Style | UNITED STATES OF AMERICA<br>VS.<br>6.10 ACRES OF LAND, MORE OR LESS, SITUATED IN HIDALGO COUNTY, STATE OF TEXAS; YOLANDA HERNANDEZ, ET AL. |
| ORDER | I stand recused in this case. |

Signed:

Ricardo H. Hinojosa
United States District Judge

Date: 12/12, 2019

| REASSIGNMENT | This case is reassigned to: |
|---|---|
| | **RANDY CRANE** |

**DAVID J. BRADLEY**
United States District Clerk

By: _[signature]_

Deputy Clerk