IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

DEC 17 2019

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> 6.10 ACRES OF LAND, MORE OR LESS, § <br> SITUATE IN HIDALGO COUNTY, STATE § <br> OF TEXAS, AND YOLANDA § <br> HERNANDEZ., *ET AL.*, § <br> Defendants. § | CIVIL ACTION NO. 7:19-cv-00409 |

## CLERK'S RECEIPT

I, David J. Bradley, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on December 16, 2019, I received from the United States of America, plaintiff herein, and deposited into the Registry of the Court, Check No. 8736-01855439 dated December 6, 2019, for the total sum of TWENTY FIVE THOUSAND TEN DOLLARS AND NO/100 ($25,010.00), being the estimated amount of just compensation in the above entitled condemnation proceeding.

CLERK, UNITED STATES DISTRICT COURT

By: _____
Deputy Clerk