**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 7:19-CV-409 |
| | § | |
| 6.10 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN HIDALGO COUNTY, | § | |
| STATE OF TEXAS; YOLANDA | § | |
| HERNANDEZ, ET AL. | § | |
| | § | |
| *Defendants.* | § | |

_____

### NOTICE OF DISCLAIMER EXECUTED BY DAVID OLVERA
_____

The United States of America, by Ryan K. Patrick, United States Attorney for the Southern District of Texas, hereby files a Disclaimer executed by DAVID OLVERA. *See* fully executed Disclaimer attached as Exhibit 1. Based on the facts set out in the Disclaimer, the United States of America respectfully requests that the Honorable Court dismiss DAVID OLVERA from this cause.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:    *s/ Roland D. Ramos*
**ROLAND D. RAMOS**
Assistant United States Attorney
Southern District of Texas No. 3458120
Texas Bar No. 24096362
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  (956) 618-8010
Facsimile:  (956) 618-8016
E-mail: Roland.Ramos@usdoj.gov
Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I, Roland D. Ramos, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on December 20, 2019, I mailed a true and correct copy of the foregoing document via regular mail to all parties remaining in this case.

By:     <u>*s/ Roland D. Ramos*</u>
        **ROLAND D. RAMOS**
        Assistant United States Attorney