# DISCLAIMER FOR DAVID OLVERA

In accordance with the provisions of 28 U.S.C. § 1746, I, **DAVID OLVERA**, the undersigned, do hereby make the following unsworn declaration, under penalty of perjury:

COMES NOW, **DAVID OLVERA**, who has been named as an interested party in the lands, more particularly described in the attached Exhibit A, hereby disclaims any right, title, claim or interest in the just compensation paid or to be paid for the taking of the lands, more particularly described in the attached Exhibit A.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Signature: _[signature]_

Printed Name: **DAVID OLVERA**

Title (if any): _____

Executed on: 12/10/2019
(Date)

Address: [redacted], Kyle, TX [redacted]

Telephone: [redacted]

GOVERNMENT EXHIBIT 1

Exhibit "A"

Tract: RGV-WSL-4004
County: Hidalgo
Grantor: Andrea Jackson De Munoz, Clemencia Jackson De Brewster, Ysabel Jackson De Sanchez, Leonard Jackson, Jr., Josefa Jackson Ponce, W. E. Ritchey, Apolonio Jackson and Daniel Jackson
Acreage: 6.10

**Being** a 6.10 acre tract (265,669 sq. ft.) of land located in the Agostadero Del Gato Grant and the La Blanca Grant, Hidalgo County, Texas; being all of a called 6.1 acre tract of land described in partition deed to Andrea Jackson De Munoz, Clemencia Jackson De Brewster, Ysabel Jackson De Sanchez, Leonard Jackson, Jr., Josefa Jackson Ponce, W. E. Ritchey, Apolonio Jackson and Daniel Jackson, recorded in Volume 777, Page 79 of the Hidalgo County Deed Records (H.C.D.R.), executed July 29, 1952, also being all of "LEVEE 6.10 AC." as shown on the Map of Proposed Partition Share Number One of Webber Partition, recorded in Volume 1091, Page 58 H.C.D.R. (no assigned Hidalgo County Appraisal District Property ID No.); said 6.10 acre tract being more particularly described by metes and bounds as follows:

**Commencing** at a found 3/8-inch iron rod on the south line of U.S. 281 (100' ROW Easement), recorded in Volume 652, Page 92, Volume 652, Page 97 and Volume 656, Page 219 H.C.D.R., the east line of Share 4, Block 4 of Map of Munoz Partition, recorded in Volume 12, Page 9 of the Hidalgo County Map Records (H.C.M.R.) and the west line of Lot 5 of said Map of Proposed Partition Share Number One of Webber Partition, having coordinates of N=16,554,764.21, E=1,119,113.24;

**Thence:** South 08°40'59" West, along the east line of said Map of Munoz Partition and the west line of said Map of Proposed Partition Share Number One of Webber Partition, a distance of 2,832.66 feet to a point "RGV-WSL-4004-1" for the **Point of Beginning**, westerly northwest corner of the herein described tract, the southwest corner of Lot 7 of said Map of Proposed Partition Share Number One of Webber Partition, the southwest corner of a called 18.22 acre tract of land (second tract) described in deed to Sam J. Brewster, Trustee, recorded in Volume 1765, Page 915 H.D.C.R, executed February 03, 1982, the westerly northwest corner of said LEVEE 6.10 AC. and the westerly northwest corner of said Andrea Jackson De Munoz, et al tract, being on the east line of Share 5, Block 4 of said Map of Munoz Partition, having coordinates of N=16,551,964.02, E=1,118,685.60, from which a found International Boundary Commission (IBC) disk in concrete bears South 84°16'42" West, 0.62 feet;

**Thence:** North 84°16'42" East, along the south line of said Lot 7, the south line of said Sam J. Brewster, Trustee 18.22 acre tract, the westerly north line of said LEVEE 6.10 AC. and the westerly north line of said Andrea Jackson De Munoz, et al tract, a distance of 588.03 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4004-2", set, for an interior corner of the herein described tract, the southeast corner of said Lot 7, the southeast corner of said Sam J. Brewster, Trustee 18.22 acre tract, an interior corner of said LEVEE 6.10 AC. and an interior corner of said Andrea Jackson De Munoz, et al tract;

**Thence:** North 08°31'52" East, along the east line of said Lot 7, the east line of said Sam J. Brewster, Trustee 18.22 acre tract, the northerly west line of said LEVEE 6.10 AC. and the northerly west line of said Andrea Jackson De Munoz, et al tract, a distance of 45.66 feet to a found 1/2-inch iron rod (attached tag stamped "RGV-WSL-4004-3"), for the northerly northwest corner of herein described tract, the southwest corner of a called 73.306 acre tract of land (Tract 372) described in deed to United States of America, recorded in Volume 2652, Page 249 H.C.D.R., executed September 20, 1988, the northerly northwest corner of said LEVEE 6.10 AC. and the northerly northwest corner of said Andrea Jackson De Munoz, et al tract;

**Thence:** South 81°28'38" East, along the south line of said TRACT 372, the easterly north line of said LEVEE 6.10 AC. and the easterly north line of said Andrea Jackson De Munoz, et al tract, a distance of 347.20 feet to a point "RGV-WSL-4004-4", for the northeast of herein described tract, the northwest corner of a called 137.47 acre tract of land described in deed to Eberle Investments, Ltd., recorded in Document Number 2008-1951867 of the Hidalgo County Official Records (H.C.O.R.), executed October 16, 2008, the northeast corner of said LEVEE 6.10 AC. and the northeast corner of said Andrea Jackson De Munoz, et al tract, from which a found 1/2-inch iron rod bears North 81°28'38" West, 1.16 feet;

**Thence:** South 08°25'20" West, along the west line of said Eberle Investments, Ltd. Tract, the east line of said LEVEE 6.10 AC. and the east line of said Andrea Jackson De Munoz, et al tract, a distance of 246.29 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4004-5", set, for the southeast corner of the herein described tract, the northeast corner of Lot 8 of said Map of Proposed Partition Share Number One of Webber Partition, the northeast corner of a called 7.9 acre tract of land (First Tract) described in deed to Sam J. Brewster, Trustee, recorded in Volume 1765, Page 915 H.D.C.R, executed February 03, 1982, the southeast corner of said LEVEE 6.10 AC. and the southeast corner of said Andrea Jackson De Munoz, et al tract, from which a found 1-inch iron pipe bears North 17°46' West, 4.7 feet;

**Thence:** South 84°16'42" West, along the north line of said Lot 8, the north line of said Sam J. Brewster, Trustee 7.9 acre tract, the south line of said LEVEE 6.10 AC. and the south line of said Andrea Jackson De Munoz, et al tract, passing at a distance of 857.67 feet passing a found 3/4-inch iron pipe for the northeast corner of a called 1.0 acre tract described in deed to Santiago Jackson and wife, Belinda Jackson, recorded in Volume 1219, Page 344 H.C.D.R, executed November 25, 1968 and the northwest corner of said Sam J. Brewster, Trustee 7.9 acre tract, continuing for a total distance of 947.53 feet to a found IBC disk in concrete (attached tag stamped "RGV-WSL-4004-6"), for the southwest corner of herein described tract, the northwest corner of said Lot 8, the northwest corner of said Santiago Jackson tract, the southwest corner of said LEVEE 6.10 AC. and the southwest corner of said Andrea Jackson De Munoz, et al tract, being on the east line of said Share 5;

**Thence:** North 08°40'59" East, along the east line of said Share 5, the west line of said LEVEE 6.10 AC. and the west line of said Andrea Jackson De Munoz, et al tract, passing at a distance of 13.46 feet a 5/8" iron rod with aluminum cap stamped "RGV-WSL-4002-2", passing at a distance of 279.94 feet a 5/8" iron rod with aluminum cap stamped "RGV-WSL-4002-1", continuing for a total distance of 289.09 feet to the **Point of Beginning** and containing 6.10 acre or 265,669 square feet of land.

**Note:** Bearings and coordinates are referenced to the Texas Coordinate System of 1983, NAD83 (2011), South Zone (4205) and based on Control Point Number 112, having coordinates of N=16,554,097.208 & E=1,106,071.686, Control Point Number 113, having coordinates of N=16,551,420.147 & E=1,113,893.195 and Control Point Number 114, having coordinates of N=16,551,984.317, E=1,119,470.921 as established by B&F Engineering, Inc. All coordinates and distances are surface values and can be converted to grid values by multiplying by the Project Scale Factor (PSF) of 1.000000000 (SURFACE X PSF = GRID).
The unit of measure is U.S. Survey Foot.
This metes and bounds description is accompanied by a separate plat.
Corners not set at time of survey, to be set upon possession of property by the government.

Prepared Date 02/15/2019
Revision Date _____

[Seal: STATE OF TEXAS REGISTERED — ADAM N. DIEHL — 6346 — PROFESSIONAL LAND SURVEYOR]

02/15/2019

Adam N. Diehl
Registered Professional Land Surveyor
Number 6346

Landtech, Inc.
2525 North Loop West, Suite 300
Houston, Texas 77008
T: 713-861-7068; F: 713-861-4131
TxBPE Reg. No. F-1364
TxBPLS Reg. No. 10019100

NOTES:
1. BEARINGS AND COORDINATES ARE REFERENCED TO THE TEXAS COORDINATE SYSTEM OF 1983, NAD83 (2011), SOUTH ZONE (4205) AND BASED ON CONTROL POINT NUMBER 112, HAVING COORDINATES OF N=16,554,097.08 & E=1,106,071.686, CONTROL POINT NUMBER 113, HAVING COORDINATES OF N=16,551,420.147 & E=1,113,893.195 AND CONTROL POINT NUMBER 114, HAVING COORDINATES OF N=16,551,984.317, E=1,119,470.921 AS ESTABLISHED BY B&F ENGINEERING, INC. ALL COORDINATES AND DISTANCES ARE SURFACE VALUES AND CAN BE CONVERTED TO GRID VALUES BY MULTIPLYING BY THE PROJECT SCALE FACTOR (PSF) OF 1.000000000 (SURFACE X PSF = GRID).

2. THE UNIT OF MEASURE IS THE U.S. SURVEY FOOT.

3. THIS PLAT IS ACCOMPANIED BY SEPARATE METES AND BOUNDS DESCRIPTION.

4. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.

5. RESEARCH WAS PERFORMED OCTOBER TO DECEMBER 2018.

6. FIELD SURVEYS WERE PERFORMED OCTOBER 2018 TO FEBRUARY, 2019.

7. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON DECEMBER 03, 2018 (LONE STAR 811 TICKET NO. 583247704, TEXAS811 LOCATE REQUEST TICKET NO. 1883717293).

8. CORNERS NOT SET AT TIME OF SURVEY, TO BE SET UPON POSSESSION OF PROPERTY BY THE GOVERNMENT.



SCALE: NOT TO SCALE

P.O.C.
FND. 3/8" IR
N=16,554,764.21
E=1,119,113.24

U.S. 281

SURVEY LINE

AGOSTADERO DEL GATO GRANT
HIDALGO COUNTY, TEXAS

LA BLANCA GRANT
HIDALGO COUNTY, TEXAS

| AREA TABLE (ACRES) | | | |
|---|---|---|---|
| EXISTING AC. | TAKING AC./S.F. | EXISTING USA EASEMENT | REMAINING |
| 6.10 | 6.10 / 265,669 | 6.10 AC. / 265,669 SQ. FT. | 0.00 |

| COORDINATE TABLE | | |
|---|---|---|
| POINT | NORTHING | EASTING |
| RGV-WSL-4004-1 | 16,551,964.02 | 1,118,685.60 |
| RGV-WSL-4004-2 | 16,552,022.64 | 1,119,270.70 |
| RGV-WSL-4004-3 | 16,552,067.79 | 1,119,277.47 |
| RGV-WSL-4004-4 | 16,552,016.34 | 1,119,620.84 |
| RGV-WSL-4004-5 | 16,551,772.71 | 1,119,584.76 |
| RGV-WSL-4004-6 | 16,551,678.24 | 1,118,641.96 |

CALLED 6.1 ACRE TRACT OF LAND DESCRIBED IN PARTITION DEED TO ANDREA JACKSON DE MUNOZ, CLEMENCIA JACKSON DE BREWSTER, YSABEL JACKSON DE SANCHEZ, LEONARD JACKSON, JR., JOSEFA JACKSON PONCE, W. E. RITCHEY, APOLONIO JACKSON AND DANIEL JACKSON, RECORDED IN VOLUME 777, PAGE 79 OF THE HIDALGO COUNTY DEED RECORDS (H.C.D.R.), EXECUTED JULY 29, 1952

P.O.B.
RGV-WSL-4004-1
N=16,551,964.02
E=1,118,685.60
FND. IBC DISK IN CONC.
BEARS S 84° 16'42" W, 0.62'

RGV-WSL-4004
6.10 AC.
265,669 SQ. FT.

I HEREBY CERTIFY THAT THIS SURVEY WAS MADE ON THE GROUND UNDER MY SUPERVISION AND THAT THIS PLAT CORRECTLY REPRESENTS THE FACTS AS FOUND AT THE TIME OF THE SURVEY.
SURVEY DATE, FEBRUARY, 2019.

Adam N. Diehl 02/15/2019

ADAM N. DIEHL
REGISTERED PROFESSIONAL LAND SURVEYOR
NO. 6346

STATE OF TEXAS REGISTERED
ADAM N. DIEHL
6346
PROFESSIONAL LAND SURVEYOR

LEGEND

● - SET 5/8" IR W/ALUMINUM CAP STAMPED (AS NOTED)
○ - FOUND PROPERTY CORNER (AS NOTED)
H.C.D.R. - HIDALGO COUNTY DEED RECORDS
H.C.O.R. - HIDALGO COUNTY OFFICIAL RECORDS
H.C.M.R. - HIDALGO COUNTY MAP RECORDS
P.O.C. - POINT OF COMMENCING
P.O.B. - POINT OF BEGINNING
—PL— - PROPERTY LINE
———— - PROPOSED ACQUISITION
— — — - EASEMENT

LANDTECH
engineering • surveying
2525 North Loop West, Suite 300, Houston, Texas 77008
T: 713-861-7068, F: 713-861-4131
TBPE Registration No. F-1364; TBPLS Registration No. 10019100

ANDREA JACKSON DE MUNOZ, ET AL
TRACT NO. RGV-WSL-4004
HIDALGO COUNTY                                TEXAS

Drawing Ref. No. SHEET 5 OF 8

| Mark | Description | Date | Appr. |
|---|---|---|---|

| | BY | DATE |
|---|---|---|
| Drawn | MP | 02/19 |
| Checked | AND | 02/19 |
| Surveyor | AND | 02/19 |
| Fld.Bk. # | 18RGVH-T1-L3 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779870001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193912

B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

LANDTECH 1820182 FILE NAME:         DATE:





