IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 7:19-CV-409 |
| 6.10 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; YOLANDA HERNANDEZ, ET AL. | § § § § § § | |
| *Defendants.* | § | |

## ORDER

THIS CAUSE is before the Court on the Notice of Disclaimer, filed by Plaintiff, regarding the Disclaimer executed by DAVID OLVERA (Dkt. #___). After reviewing the Disclaimer and the file in this cause, it is ORDERED AND ADJUDGED that DAVID OLVERA is hereby DISMISSED from this cause.

SO ORDERED, this _____ day of _____, 2019.

_____
**RANDY CRANE**
United States District Judge