UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-00409 |
| | § | |
| 6.10 ACRES OF LAND, MORE OR LESS, *et al*, | § § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL AS TO DEFENDANT DAVID OLVERA ONLY

THIS CAUSE is before the Court on the Notice of Disclaimer, filed by Plaintiff, regarding the Disclaimer executed by DAVID OLVERA (Dkt. No. 7). After reviewing the Disclaimer and the file in this cause, it is **ORDERED AND ADJUDGED** that DAVID OLVERA is hereby **DISMISSED** from this cause.

SO ORDERED this 2nd day of January, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge