IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 7:19-CV-409 |
| 6.10 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; YOLANDA HERNANDEZ, ET AL. | § § § § § § | |
| *Defendants.* | § § | |

# OPPOSITION TABLE

| UNOPPOSED | OPPOSED | UNKNOWN/UNAVAILABLE |
|---|---|---|
| 1. Yolanda Jackson Hernandez | 1. Ventura Brewster Flores | 1. Raymond Adam Jackson |
| 2. Daniel Jackson, Jr. | 2. Amalia Brewster Flores | 2. Leonard Thomas Jackson |
| 3. Apolonio Jackson, Jr. | 3. Rose Brewster Dillard | 3. Ricardo Jackson |
| 4. Edwardo Lee Jackson | 4. Luisa Brewster Gallardo | 4. Andres Jackson |
| 5. Oralia Jackson Santiago | 5. Jamie Lanay Brewster | 5. Samuel Brewster, Jr. |
| 6. Brenda Lee Jackson | | 6. Lewis Brewster |
| 7. Narsedalia Jackson | | 7. Sandra Brewster |
| 8. Jesse Lee Jackson, Jr. | | 8. Teresa Casarez Brewster |
| | | 9. Roxanne Brewster |

GOVERNMENT EXHIBIT 2

| | | |
|---|---|---|
| 9.  Joe Lee Jackson | | 10. Diane Brewster |
| 10. Jaime Jackson | | 11. Rosa Linda Brewster |
| 11. Carmela Barron Jackson | | 12. Frances Brewster |
| 12. Antonia Margarita Jackson Rodriguez | | 13. Ray Mata |
| 13. Emilia Jackson | | 14. Eglantina Gutierrez Olvera |
| 14. Angelica Jackson | | 15. Jorge D. Olvera |
| 15. James Brian Brewster | | 16. Blanca Lydia Olvera Vasquez |
| 16. Gabriel Bryan Brewster | | 17. Ofelia Olvera-Ricker |
| 17. David Brewster | | 18. Rolando Olvera |
| 18. Clemencia America Brewster Rodriguez | | 19. Carolina Olvera Duran |
| 19. Melissa Cher Lewis | | 20. Francisco Olvera, Jr. |
| 20. Virginia Sanchez | | 21. Maria Angelita Castillo Cordova |
| 21. Jacqueline Brewster | | 22. Israel Castillo, Jr. |
| 22. Pablo Olvera | | |
| 23. Felipa Olvera Gutierrez | | |
| 24. Felix Jackson Olvera | | |
| 25. Trinidad Mata, Jr. | | |
| 26. Josefa Mata | | |
| 27. Richard Cervantes | | |

| | | |
|---|---|---|
| 28. **Robert Cervantes**<br><br>29. **Irma Cervantes Castillo**<br><br>30. **Guadalupe Sanchez, Jr.**<br><br>31. **Alberto J. Sanchez**<br><br>32. **Pedro J. Sanchez**<br><br>33. **Eugenia Bueno Sanchez**<br><br>34. **Eutimio Sanchez, Jr.**<br><br>35. **Larry B. Sanchez**<br><br>36. **Paula S. Botello**<br><br>37. **Hilaria Sanchez Castellanos**<br><br>38. **Lucinda Sanchez Hernandez**<br><br>39. **Natalia Sanchez**<br><br>40. **Marissa Sanchez Hinojosa**<br><br>41. **Nelda Janet Sanchez Morales**<br><br>42. **Rogelio Sanchez**<br><br>43. **Ernesto Castillo**<br><br>44. **Felipe Castillo, Jr.** | | |

| | | |
|---|---|---|
| 45. Noemi Garcia Castillo | | |
| 46. Rene Castillo, Jr. | | |
| 47. Cindy Castillo | | |
| 48. Ashley Nicole Castillo | | |
| 49. Justin Castillo | | |
| 50. Natalie Roxanne Castillo | | |
| 51. Guadalupe Sanchez Cano | | |
| 52. Maria Del Rosario Sanchez | | |
| 53. Norma Sanchez | | |
| 54. Gaspar Sanchez, Jr. | | |
| 55. Thelma Sanchez | | |
| 56. Jennifer Janell Sanchez | | |
| 57. Laura Morgan Richey | | |
| 58. Claude Henry Richey, Jr. | | |
| 59. William Edgar Richey | | |
| 60. Mary Azam | | |