UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-00409 |
| | § | |
| 6.10 ACRES OF LAND, MORE OR LESS, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING PLAINTIFF'S AMENDED UNOPPOSED MOTION TO CORRECT SCHEDULE "G" DUE TO A SCRIVENER'S ERROR

The Court now considers Plaintiff United States of America's Amended Unopposed Motion to Correct Schedule "G" Due to a Scrivener's Error (Dkt. No. 107). After review, the Court hereby **ORDERS** that the Motion (Dkt. No. 107) is **GRANTED**. It is further **ORDERED** that Schedule "G" attached as Exhibit 3 to the Motion (Dkt. No. 107) be substituted for and in place of Schedule "G" attached to the Complaint in Condemnation, Declaration of Taking, and Notice of Condemnation (Dkt. Nos. 1–3).

SO ORDERED this 24th day of February, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge