**SCHEDULE G**

**INTERESTED PARTIES**

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Landowner** | |
| Yolanda Jackson Hernandez ▮▮▮▮▮▮▮ Donna, TX ▮▮▮ | Cause No. 01-018840-01010 a/k/a 18-840-A, in the Probate Court of Hidalgo County |
| Daniel Jackson, Jr. ▮▮▮▮▮▮ Donna, TX ▮▮▮ | Cause No. 01-018840-01010 a/k/a 18-840-A, in the Probate Court of Hidalgo County |
| Apolonio Jackson, Jr. ▮▮▮▮▮▮ Donna, TX ▮▮▮ | Cause No. 01-018840-01010 a/k/a 18-840-A, in the Probate Court of Hidalgo County |
| Brenda Lee Jackson ▮▮▮▮▮ San Juan, TX ▮▮ | Est. of Lee Roy Jackson via Aff. of Heirship, Document #: 1970-8070, Recorded June 11, 1970, Deed Records of Hidalgo County |
| Narsedalia Jackson ▮▮▮▮ San Juan, TX ▮▮ | Est. of Lee Roy Jackson via Aff. of Heirship, Document #: 1970-8070, Recorded June 11, 1970, Deed Records of Hidalgo County |
| Edwardo Lee Jackson ▮▮▮ Austin, TX ▮▮ | Aff. of Heirship, Document #: 1970-8070, Recorded June 11, 1970, Deed Records of Hidalgo County |
| Oralia Jackson Santiago ▮▮▮▮▮ San Antonio, TX ▮▮ | Aff. of Heirship, Document #: 1970-8070, Recorded June 11, 1970, Deed Records of Hidalgo County |
| Jesse Lee Jackson, Jr. ▮▮▮▮▮ Donna, TX ▮▮ | Cause No. 21-427-C, in the Probate Court of Hidalgo County |

GOVERNMENT EXHIBIT 3

| | |
|---|---|
| Joe Lee Jackson<br>█████████<br>Donna, TX ██████ | Cause No. 21-427-C, in the Probate Court of Hidalgo County |
| Jaime Jackson<br>█████████<br>Donna, TX ██████ | Cause No. 21-427-C, in the Probate Court of Hidalgo County |
| Carmela Barron Jackson<br>█████████<br>Donna, TX ██████ | Cause No. 21-427-C, in the Probate Court of Hidalgo County |
| Antonia Margarita Jackson Rodriguez<br>█████████<br>Imlay City, MI ██████ | Est. of Leonardo Jackson, Jr. |
| Raymond Adam Jackson<br>█████████<br>Lapeer, MI ████ | Est. of Leonardo Jackson, Jr. |
| Leonard Thomas Jackson<br>█████████<br>Lapeer, MI ████ | Est. of Leonardo Jackson, Jr. |
| Ricardo Jackson<br>█████████<br>Lapeer, MI ████ | Est. of Leonardo Jackson, Jr. |
| Emilia Jackson<br>█████████<br>Grand Rapids, MI ████ | Est. of Leonardo Jackson, Jr. |
| Angelica Jackson<br>█████████<br>Comstock Park, MI ████ | Est. of Leonardo Jackson, Jr. |
| Andres Jackson<br>█████████<br>Grand Rapids, MI ████ | Est. of Leonardo Jackson, Jr. |
| Samuel Brewster, Jr.<br>█████████<br>Fairmont, MN ████ | Est. of Samuel Jackson Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Lewis Brewster<br>█████████ | Est. of Samuel Jackson Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |



| | |
|---|---|
| Fairmont, MN ████████ | Est. of Samuel Jackson Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| James Brian Brewster<br>████████████████<br>████████████████<br>████████████<br>P.O. Box 549<br>Whitehall, TN 38075 | |
| Gabriel Bryan Brewster<br>████████<br>Fairmont, MN ████ | Est. of Samuel Jackson Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| David Brewster<br>████████████<br>Edinburg, TX ████ | Est. of Samuel Jackson Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Clemencia America Brewster Rodriguez<br>████████<br>Brownfield, TX ████ | Est. of Samuel Jackson Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Sandra Brewster<br>████████████<br>Fairmont, MN ████ | Est. of Samuel Jackson Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Melissa Cher Lewis<br>████████<br>Niles, MI ████ | Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Virginia Sanchez<br>████████<br>Edinburg, TX ████ | Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Teresa Casarez Brewster<br>P.O. Box 554<br>Donna, TX 78537 | Est. of George Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Roxanne Brewster Rodriguez<br>████████<br>Alamo, TX ████ | Est. of George Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Diane Brewster<br>████████<br>Alamo, TX ████ | Est. of George Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |

| | |
|---|---|
| Rosa Linda Brewster <br> ████████████ <br> Antioch, TN ████ | Est. of George Brewster, Jr. via Est. of George Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Jacqueline Brewster <br> ████████████ <br> Nashville, TN ████ | Est. of George Brewster, Jr. via Est. of George Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Frances Brewster <br> ████████████ <br> Madison, TN ████ | Est. of George Brewster, Jr. via Est. of George Brewster via Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Ventura Brewster Flores <br> P.O. Box 472 <br> Donna, TX 78537 | Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Amalia Brewster Sanchez <br> ████████████ <br> Donna, TX ████ | Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Rose Brewster Dillard <br> ████████████ <br> Donna, TX ████ | Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Jamie Lanay Brewster <br> ████████████ <br> Donna, TX ████ | Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Luisa Brewster Gallardo <br> ████████████ <br> Donna, TX ████ | Cause No. 26-706-C, in the Probate Court of Hidalgo County |
| Trinidad Mata Jr. <br> ████████████ <br> Halls, TN ████ | Est. of Susana Mata via Est. of Josefa Jackson Olvera Ponce |
| Josefa Mata <br> P.O. Box 13935 <br> Edwardsville, KS 66111 | Est. of Susana Mata via Est. of Josefa Jackson Olvera Ponce |
| Ray Mata <br> ████████████ <br> Pampa, TX ████ | Est. of Susana Mata via Est. of Josefa Jackson Olvera Ponce |

| | |
|---|---|
| Pablo Olvera<br>P.O. Box 197<br>Donna, TX 78537 | Est. of Josefa Jackson Olvera Ponce |
| Felipa Olvera Gutierrez<br>P.O. Box 65<br>Donna, TX 78537 | Est. of Josefa Jackson Olvera Ponce |
| Eglantina Gutierrez Olvera<br>P.O. Box 351<br>Donna, TX 78537 | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| <u>Jorge D. Olvera</u><br>████<br>Abilene, TX ████ | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| <u>Blanca Lydia Olvera Vasquez</u><br>████<br>Kingsville, TX ████ | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| <u>Ofelia Olvera-Ricker</u><br>████<br>Las Vegas, NV ████ | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| <u>Rolando Olvera</u><br>████<br>Red Oak, TX ████ | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| Carolina Olvera Duran<br>P.O. Box 351<br>Donna, TX 78537 | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| Francisco Olvera, Jr.<br>P.O. Box 523001<br>Miami, FL 33152 | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| <u>Felix Jackson Olvera</u><br>████<br>Kalamazoo, MI ████ | Est. of Francisco Olvera via Est. of Josefa Jackson Olvera Ponce |
| <u>Richard Cervantes</u><br>████<br>Houma, LA ████ | Est. of Josefa Jackson Olvera Ponce |
| <u>Robert Cervantes</u><br>████<br>Weslaco TX ████ | Est. of Marta Olvera via Est. of Josefa Jackson Olvera Ponce |

| | |
|---|---|
| Irma Cervantes Castillo ▮▮▮▮▮▮▮▮▮▮ Weslaco, TX ▮▮ | Est. of Marta Olvera via Est. of Josefa Jackson Olvera Ponce |
| Eugenia Bueno Sanchez ▮▮▮▮▮▮▮▮ Donna, TX ▮ | Est. of Marta Olvera via Est. of Josefa Jackson Olvera Ponce |
| Eutimio Sanchez, Jr. ▮▮▮▮▮▮▮▮▮▮▮▮ Huntsville, TX ▮▮ | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Larry B. Sanchez ▮▮▮▮▮▮▮ Weslaco, TX ▮▮ | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Paula S. Botello P.O. Box 1151 Elsa, TX 78543 | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Hilaria Sanchez Castellanos ▮▮▮▮▮▮▮▮ Donna, TX ▮ | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Lucinda Sanchez Hernandez ▮▮▮▮▮▮▮▮ Donna, TX ▮ | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Natalia Sanchez ▮▮▮▮▮▮▮▮ Brownsville, TX ▮ | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Marissa Sanchez Hinojosa ▮▮▮▮▮▮▮ New Braunfels, TX ▮ | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |

| | |
|---|---|
| Nelda Janet Sanchez Morales ▮▮▮▮▮▮▮ Hidalgo, TX ▮▮▮ | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Guadalupe Sanchez, Jr. ▮▮▮▮▮▮▮ Donna, TX ▮▮ | Est. of Eutimio Jackson Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Alberto J. Sanchez ▮▮▮▮▮▮ Donna, TX ▮▮ | Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Pedro J. Sanchez P.O. Box 292 La Ward, TX 77970 | Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Rogelio Sanchez ▮▮▮▮▮ Mission, TX ▮▮ | Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Maria Angelita Castillo Cordova P.O. Box 674 Donna, TX 78537 | Est. of Juan J. Sanchez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Ernesto Castillo ▮▮▮▮▮▮▮▮▮ Lewisville, TX ▮▮▮ | Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Felipe Castillo, Jr. ▮▮▮▮▮▮▮▮ Buda, TX ▮▮▮ | Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Noemi Garcia Castillo ▮▮▮▮▮▮ Donna, TX ▮▮ | Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Rene Castillo, Jr. ▮▮▮▮▮ Donna, TX ▮▮ | Est. of Rene Castillo via Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |

| | |
|---|---|
| Cindy Castillo<br><br>Donna, TX ████ | Est. of Rene Castillo via Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Ashley Nicole Castillo<br>████████<br>Donna, TX ████ | Est. of Rene Castillo via Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Israel Castillo, Jr.<br>██████████<br>Corpus Christi, TX ███ | Est. of Rene Castillo via Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Justin Castillo<br>████████<br>Corpus Christi, TX ███ | Est. of Israel Castillo via Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Natalie Roxanne Castillo<br>█████████<br>Corpus Christi, TX ███ | Est. of Israel Castillo via Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Guadalupe Sanchez Cano<br>████████<br>Donna, TX ███ | Est. of Israel Castillo via Est. of Natalia Sanchez Castillo via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Maria Del Rosario Sanchez<br>█████████<br>Donna, TX ██ | Est. of Hilaria Jackson Sanchez Fernandez via Aff. of Heirship, Document #: 1990-181566, Recorded October 4, 1990, Deed Records of Hidalgo County |
| Norma Sanchez<br>P.O. Box 681<br>Donna, TX 78537 | |
| Gaspar Sanchez, Jr.<br>█████████<br>Donna, TX ███ | Aff. of Heirship, Document #: 2017-2842136, Recorded August 17, 2017, Deed Records of Hidalgo County |

| | |
|---|---|
| Thelma Sanchez<br> P.O. Box 681<br>Donna, TX 78537 | Aff. of Heirship, Document #: 2017-2842136, Recorded August 17, 2017, Deed Records of Hidalgo County |
| <u>Jennifer Janell Sanchez</u><br>█████████████<br>Donna, TX ████ | Aff. of Heirship, Document #: 2017-2842136, Recorded August 17, 2017, Deed Records of Hidalgo County |
| <u>Laura Morgan Richey</u><br>█████████████<br>Austin, TX ████ | Aff. of Heirship, Document #: 2017-2842136, Recorded August 17, 2017, Deed Records of Hidalgo County |
| <u>Claude Henry Richey, Jr.</u><br>█████████████<br>Houston, TX ██ | Aff. of Heirship, Document #: 2017-2842136, Recorded August 17, 2017, Deed Records of Hidalgo County |
| <u>William Edgar Richey</u><br>█████████████<br>Reston, VA ███ | Est. of Mary Jane Richey via Est. of Claude Henry Donohoe Richey via Est. of William Edgar Richey |
| <u>Mary Azam</u><br>██████████<br>Meadowlakes, TX ██████ | Est. of Mary Jane Richey via Est. of Claude Henry Donohoe Richey via Est. of William Edgar Richey |
| | Est. of Mary Jane Richey via Est. of Claude Henry Donohoe Richey via Est. of William Edgar Richey |
| | Est. of William Edgar Richey |
| **Hidalgo County**<br>Pablo "Paul" Villarreal, Jr.<br>Tax Assessor-Collector<br>2804 S. Business Hwy 281<br>Edinburg, TX  78539 | Tax Authority |
| **FOR SUBORDINATION PURPOSES ONLY**<br>**Military Highway Water Supply Corporation**<br>P.O. Box 250<br>Progreso, TX  78579<br><br>**Military Highway Water Supply Corporation**<br>Ramon Rosales Jr. (Registered Agent)<br>4000 US Highway 281<br>Mercedes, TX  78570 | Right of Way Easement, Document #: 1980-4710, Recorded February 12, 1980, Deed Records of Hidalgo County |