United States District Court
Southern District of Texas
**ENTERED**
September 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-409 |
| | § | |
| 6.10 ACRES OF LAND, MORE OR LESS, *et al*, | § § § § | |
| Defendants. | § | |

## AMENDED RULE 16 SCHEDULING ORDER

The disposition of this case will be controlled by the following schedule: All communications concerning this case shall be directed in writing to Ms. Delia S. Rodriguez, Case Manager for Judge Randy Crane, 1701 W. Business Highway 83, Suite 1011, McAllen, TX 78501.

1. \_\_\_11/06/20\_\_\_  **NEW PARTIES**
   Additional parties shall be joined, with leave of Court, by this date. The attorney causing the addition of new parties will provide such parties with a copy of this Scheduling Order.

2. \_\_\_11/06/20\_\_\_  **AMENDMENTS TO PLEADINGS**
   Pleading amendments, with leave of Court if required by the Federal Rules of Civil Procedure, shall be made by this date.

3.(a) \_\_\_11/27/20\_\_\_  **EXPERTS**
   Parties with the burden of proof on an issue shall designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure by this date.

3.(b) \_\_\_12/11/20\_\_\_  **DEFENSIVE EXPERTS**
   The opposing party shall designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure by this date.

4. \_\_\_N/A\_\_\_  **MEDIATION/ADR**
   Through correspondence to Delia S. Rodriguez, Case Manager, with copies to all counsel, each party is to advise the court by this date whether and by when they believe non-binding mediation would be helpful to the resolution of this case.

5. \_\_\_12/31/20\_\_\_  **DISCOVERY**

All discovery of whatever form shall be completed by this date, unless the parties have agreed in writing to extend this deadline. Written discovery requests are not timely if responses thereto would not be due until after this deadline.

6. \_\_\_01/15/21\_\_\_   **PRETRIAL MOTIONS DEADLINE**
No motion other than motions in limine shall be filed after this date without leave of Court for good cause shown. Motions in limine may be filed along with the Joint Pretrial Order.

7. \_\_\_02/12/21\_\_\_   **MOTIONS HEARING**
A hearing to address any pending motions, including dispositive motions, will be held this date at 9:30 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas. If there are no pending motions or other matters that should be addressed prior to this hearing, the parties may request by an agreed motion that this setting be canceled.

8. \_\_\_02/22/21\_\_\_   **JOINT PRETRIAL ORDER**
A Joint Pretrial Order in the form prescribed by Appendix B of the Local Rules for the Southern District of Texas shall be filed by this date. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with applicable rules.

9. \_\_\_03/01/21\_\_\_   **FINAL PRETRIAL CONFERENCE**
A Final Pretrial Conference will be held at 9:30 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

10. \_\_\_03/02/21\_\_\_   **JURY SELECTION & TRIAL SETTING**
Jury selection in jury cases is set for this date at 9:30 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas. In both jury and non-jury cases, a trial date will be assigned at this hearing.

SO ORDERED September 16, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge