United States District Court
Southern District of Texas
**ENTERED**
September 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-409 |
| | § | |
| 6.10 ACRES OF LAND, MORE OR LESS, *et* | § | |
| *al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING TITLE HEARING

IT IS HEREBY ORDERED that this matter is set for a video hearing to determine title to the subject property on October 14, 2020, at 10**:**00 a.m**.** before the Honorable Randy Crane, United States District Court, via Zoom.  Login instructions will be emailed to counsel.  Others desiring to attend may contact the court for login instructions.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED September 16, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge