**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 7:19-CV-409 |
| | § | |
| 6.10 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN HIDALGO COUNTY, | § | |
| STATE OF TEXAS;  YOLANDA | § | |
| HERNANDEZ, *ET AL.* | § | |
| | § | |
| *Defendants.* | § | |

**ADVISORY TO THE COURT REGARDING DOCKET NUMBER 19**

COMES NOW THE UNITED STATES OF AMERICA (hereinafter "United States") and submits the following Advisory to the Court Regarding Docket Number 19 to advise the Court as to the pending Notice of Disclaimer of Partial Interest Executed by Daniel Jackson, Jr. (Dkt. No. 19).

1. WHEREAS the United States initiated this action on December 11, 2019 by filing a Declaration of Taking (Dkt. No. 2) and Complaint in Condemnation (Dkt. No. 1) to acquire fee simple interest in 6.10 acres of land, more or less, located in Hidalgo County, Texas, identified as Tract RGV-WSL-4004 (hereinafter "Subject Property").

2. After filing this action, the United States conferred with Defendant Daniel Jackson, Jr. regarding his interest in the Subject Property. Daniel Jackson, Jr. informed the United States that he wanted to disclaim any right, title, claim, or interest in the just compensation

paid or to be paid for his partial interest in the Subject Property inherited from his father, Daniel Jackson, Sr., only.

3. On December 23, 2019, Daniel Jackson, Jr. executed a partial disclaimer as to only his interest in the Subject Property that was inherited from his father, Daniel Jackson, Sr. (Dkt. No. 19-1).

4. On December 31, 2019, the United States filed a Notice of Disclaimer of Partial Interest Executed by Daniel Jackson, Jr. wherein the United States notified the Court of Daniel Jackson's partial disclaimer, and informed the Court that he should remain in the case as he still retained a partial interest in the Subject Property that was inherited from Apolonio Jackson, Sr. and Andrea Jackson de Munoz (Dkt. No. 19). The notice appears to remain pending on the Court's docket.

5. The United States has recently conferred with Daniel Jackson, Jr. and he now wishes to withdraw the partial disclaimer so that he may inherit the partial interest in the Subject Property which he inherited from his father, Daniel Jackson, Sr.

6. Accordingly, the United States advises the Court that Daniel Jackson, Jr. no longer intends to disclaim any interest in the Subject Property, and therefore the Notice of Disclaimer of Partial Interest Executed by Daniel Jackson, Jr. should be withdrawn.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:     *s/ Roland D. Ramos*
**ROLAND D. RAMOS**
Assistant United States Attorney
Southern District of Texas No. 3458120

Texas Bar No. 24096362
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  (956) 618-8010
Facsimile:  (956) 618-8016
E-mail: Roland.Ramos@usdoj.gov
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Roland D. Ramos, Assistant United States Attorney for the Southern District of Texas, hereby certify that on October 6-8, 2020, a copy of the foregoing was served on all parties in accordance with the Federal Rules of Civil Procedure.

By:    _s/ Roland D. Ramos_
**ROLAND D. RAMOS**
Assistant United States Attorney