Agreement of Partition Between the Heirs of Rachel Webber.

The State of Texas,}
County of Hidalgo.}

  Whereas, Rachael Webber, also known as Rachel Webber, died intestate, in Hidalgo County, on the 29th day of June, 1913, leaving as only heirs at law the following:- Leonardo Jackson, the only child and sole heir of Elsie Webber Jackson, deceased, who was a sister of said Rachael Webber; Mrs. Severa Webber Singletary, a widow, a sister of said Rachael Webber; Mrs. Juanita Webber Biddy, a widow, who was sister of said Rachael Webber; James M. Webber, brother of said Rachael Webber, and Sylvia Webber; F. M. Webber de Buoy, wife of J. P. Buoy; Marcela Webber de Bravo, wife of Florencio Bravo; Juana Webber, Sofia Webber, Cristina Webber, and Marcelino Jeremiah Webber, the last three named being minors and represented by Sylvia Webber as Guardian, all children and heirs of Marcelino Webber, deceased, who was a brother of Rachael Webber; and

  Whereas, said Rachael Webber died seized of a certain tract of land containing Six Hundred and Six (606) acres, more or less, being a segregated part of that certain larger grant of land situated in Hidalgo County, Texas, known as "El Gato" Grant, originally granted to Juan Jose Trevino, and said tract of land lying between the Rio Grande on the South

GOVERNMENT EXHIBIT 1

"B"

79

and the new Military Road on the North; and

Whereas, the heirs of said Rachael Webber, deceased, are desirous of partitioning said tract of land among themselves amicably;

Therefore, Know All Men By These Presents, That we, Leonard Jackson; Severa Webber Singletary; Juanita Webber Biddy; James M. Webber; Sylvia Webber, in my own right and as Guardian of the minor children, Sofia Webber, Cristina Webber and Marcelino Jeremiah Webber; T. M. Webber de Buoey, joined herein by my husband, J. P. Buoey; Marcelina Webber de Bravo, joined herein by my husband, Florecio Bravo, and Juanita Webber also known as Jane Webber, a feme sole, for and in consideration of the foregoing, have agreed to partition among ourselves that certain tract of land containing more or less, six hundred and six (606) acres of land, out of El Gato Grant, Juan Jose Trevino, Original Grantee, of which Rachael A. Webber died seized, and which said land lies between the new Military Road on the North and the Rio Grande on the South, and is approximately one thousand (1000) varas in width. Said tract of land being well known as the Rachael Webber tract of land. We hereby agree that said tract of land shall be divided into five (5) shares or portions, as follows, to-wit:

Portion Number One, is hereby alloted in severalty to Leonard Jackson, under the following metes and bounds, to-wit: Beginning in the center of the military road, on the division line of the El Gato and La Blanco Grants and N 00 deg. 20 min. W. 719.4 ft. from a rock known as the beginning point of the El Gato Grant; thence S. 00 deg 20 min. E. 719.4 feet along and with said La Blanco and El Gato division line to a rock in said line; thence S. 00 deg. 26 min. E. 8614.6 ft. along and with said El Gato and La Blanca division line to the S.E. cor. of this survey on the second bank of the Rio Grande; thence S. 72 deg. 41 min. W. 604.3 ft. to the S. W. cor. of this survey, and the S.E. cor. of the second portion; thence N 00 deg 10 min. W. 9624.5 ft. to the N.W. cor. of this survey, and the N.E. cor. of the second portion in the center of the military road; thence S. 78 deg. 10 min. E. 558.6 ft. along and with the center of the military road to the place of beginning. The above survey as described contains 122.09 acres.

Portion Number two is hereby alloted in severalty to Severa Webber Singletery, also known as S. Singletery, under the following metes and bounds, to-wit: Beginning at the N.W. cor. of the first portion for the N.E. cor. of this survey in the center of the military road; thence S. 00 deg. 10 min. E. 9624.5 ft. to the S.E. cor. of this survey and S.W. cor. of the first portion; thence S. 72 deg. 14 min. W. 118.7 ft. to a point; thence N 76 deg. 29 min. W. 253 ft. to a point; thence N. 87 deg. 35 min. W. 157.8 ft. to a point; thence S. 82 deg. 58 min. W. 27.5 ft. to the S.W. cor. of this survey and the S.E. cor. of the third portion; thence N 00 deg. 10 min. W. 9711.9 ft. to the N.W. cor.

80.

of this survey and the N.E. corner of the third portion in the center of the Military Road; thence S. 78 deg. 10 min. E. 558.6 ft. along and with the center of the military road to the place of beginning. The above survey as described contains 121.3 acres.

Portion Number Three is hereby alloted in severalty to Juanita Webber Biddy, also known as Juanita Biddy, under the following metes and bounds, to-wit:— Beginning at the N.W. cor. of the second portion for the N.E. cor. of this survey; thence S. 00 deg. 10 min. E. 9711.9 ft. to the S.E. cor. of this survey, and the S.W. cor. of the second portion; thence S. 82 deg. 58 min. W. 138.8 ft. to a point; thence N. 61 deg. 46 min. W. 111 ft. to a point; thence N. 29 deg. 45 min. W. 177 ft. to a point; thence N. 72 deg. 48 min. W. 143.6 ft. to the S.W. cor. of this survey and the S.E. corn. of the fourth portion; thence N. 00 deg. 10 min. W. 9717.1 ft. to the N.W. cor. of this survey and the N.E. cor. of the fourth portion in the center of the military road; thence S. 78 deg. 10 min. E. 558.6 ft. along and with the center of the Military Road to the place of beginning. The above survey as described contains 122.19 acres.

Portion Number Four is hereby alloted in severalty to James M. Webber, under the following metes and bounds, to-wit:—

Beginning at the N.W. cor. of the third portion for the N.E. cor. of this survey; thence S. 00 deg. 10 min. E. 9717.1 ft. to the S.E. cor. of this survey and the S.W. cor. of the third portion. Thence N. 62 deg. 57 min. W. 360.6 ft. to a point; thence N. 46 deg. 23 min. W. 151 ft. to a point; thence N. 80 deg. 34 min. W. 120.2 ft. to the S.W. cor. of this survey and the S.E. cor. of the fifth portion; thence N. 00 deg. 10 min. W. 9542.4 ft. to the N.W. cor. of this survey and the N.E. cor. of the fifth portion in the center of the Military Road; thence S. 78 deg. 10 min. E. 558.6 ft. along and with the center of the Military Road, to the place of beginning. The above survey as described contains 120.88 acres.

Portion Number Five is hereby alloted to the heirs of Marcelino Webber, deceased, in common between themselves, but in severalty as against the other parties to this agreement; that is, to Sylvia Webber, T. M. Webber de Buoey, Juanita Webber, also known as Jane Webber; Marcela Webber de Bravo; Cristina Webber; Sofia Webber and Marcelino Jeremiah Webber, are hereby alloted said Portion Number Five, under the following metes and bounds to-wit: Beginning at the N.W. cor. of the fourth portion of the Rachel Webber partition for the N.E. cor. of this survey; thence S. 0 10 min. E. 9542.4 ft. to the S.E. cor. of this survey and the S.W. cor. of the fourth portion of the Rachel Webber Partition; thence N. 80 deg. 34 min. W. 161.8 ft. to a point; thence N. 88 deg. 50 min. W. 389 ft. to the S.W. cor. of this survey in the West line of the Rachel Webber lands; thence N. 00 deg. 10 min. W. 9627.7 ft. along and with said West line to the N.W. cor. of this survey in the center of the Military Road; thence S. 78 deg. 10 min. E. 558.6 ft. along and with the

81

center of the Military Road to the place of beginning. The above survey as described contains 120.21 acres.

It is hereby agreed that said portions or shares shall be owned by the parties to whom the same are alloted, in severalty, as though a full warranty deed had been executed by the other parties in favor of the party or parties to whom that particular share or portion is assigned in this agreement of partition, and that each share shall extend from the New Military Road to the Rio Grande.

To have and to hold the above described premises, together with all and singular the rights and appurtenances thereto in anywise belonging.

We hereby attach as Exhibit "F," and make part hereof, a map prepared by E. S. Clark, Engineer, showing the Partition of the Rachel Webber land into the five parts hereinbefore stated.

Witness our hands this 22nd. day of January, A. D., 1914.

      Selera Webber Singletery
      Juanita Webber de Biddy
      Leonardo Jackson
      Sylvia Webber
      Sylvia Webber Guardian
      Marcela W. de Bravo
      Florencio Bravo
      James M. Webber
      Jane N. Webber

The State of Texas,    F. M. Webber de Buoey
County of Cameron.    J. P. Buoey.

Before me, the undersigned authority on this day personally appeared Selera Webber Singletery and Juanita Webber Biddy, feme soles, known to me to be the persons whose names are subscribed to the foregoing instrument, and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office, this the 22nd. day of January, A. D. 1914.

      J. T. Canales,
      Notary Public, in and for Cameron County, Texas.

The State of Texas
County of Hidalgo.  Before me, the undersigned authority on this day personally appeared James M. Webber, Sylvia Webber, a feme sole, and Juana Webber, a feme sole, known to me to be the persons whose names are subscribed to the foregoing instrument, and acknowledged to me that they each executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 26th. day of January, A. D. 1914.

      Alfred Lissner,
      Notary Public Hidalgo County, Texas

82

The State of Texas,}
County of Hidalgo.}

Before me, the undersigned authority, on this day, personally appeared Florencio Bravo and Marcela Webber de Bravo, his wife, known to me to be the persons whose names are subscribed to the foregoing instrument, and acknowledged to me that they each executed the same for the purposes and consideration therein expressed. And the said Marcela Webber de Bravo, wife of the said Florencio Bravo, having been examined by me privily and apart from her husband, and having the same fully explained to her, she, the said Marcela Webber de Bravo acknowledged such instrument to be her act and deed, and declared that she had willingly signed the same for the purposes and consideration therein expressed, and that she did not wish to retract it.

Given under my hand and seal of office, this 26th day of January, A.D., 1914.

Alfred Lissner
Notary Public, Hidalgo County, Texas.

The State of Texas,}
County of Hidalgo.}

Before me, the undersigned authority, on this day personally appeared J. P. Bowey and T. M. Webber de Bowey, his wife, known to me to be the persons whose names are subscribed to the foregoing instrument, and acknowledged to me that they each executed the same for the purposes and consideration therein expressed. And the said T. M. Webber de Bowey, wife of the said J. P. Bowey, having been examined by me privily and apart from her husband, and having the same fully explained to her, she, the said T. M. Webber de Bowey, acknowledged such instrument to be her act and deed, and declared that she had willingly signed the same for the purposes and consideration therein expressed, and that she did not wish to retract it.

Given under my hand and seal of office, this 25 day of March, A.D. 1914.

(SEAL)

Alfred Lissner
Notary Public, Hidalgo County, Texas.

The State of Texas,}
County of Hidalgo.}

Before me, the undersigned authority, on this day personally appeared, Sylvia Webber, Guardian of the Minors Sofia Webber, Cristina Webber, and Marcelino Jeremiah Webber, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that she executed the same for the purposes and consideration therein expressed, and in the capacity therein stated.

Given under my hand and seal of office, this 26th day of January, A.D., 1914.

83

"B"

(SEAL)  Alfred Lissner

The State of Texas,  Notary Public Hidalgo County, Texas
County of Hidalgo } Before me, Alfred Lissner Notary Public in and for Hidalgo County, Texas, on this day personally appeared Leonard Jackson known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given Under My Hand and Seal Of Office This 26th day of Jan. A. D., 1914.

(L.S.)  Alfred Lissner Notary Public
Hidalgo County, Texas.

Filed for record this 18th day of November, A. D., 1914, at 1:47 o'clock P. M.

A. E. Chavez,
Clerk County Court, Hidalgo Co., Texas.

Recorded this 23rd day of November, A. D., 1914, at 5 o'clock, P. M.