```
# 8805                          AFFIDAVIT                        51- 74

J. P. BOWIE                         TO                           THE PUBLIC
```

THE STATE OF TEXAS,

COUNTY OF HIDALGO.

    Before me, the undersigned Notary Public in and for Hidalgo County, Texas, on this day personally appeared J. P. Bowie, known to me to be a credible person and who, after being by me first duly sworn, upon his said oath deposes and says:

    "I was well acquainted with Leonard Jackson, sometimes subscribing himself as Leonardo Jackson, formerly a resident of Hidalgo County, Texas, and who is now deceased; I know of my own personal knowledge that the said Leonard Jackson left surviving him as his heirs and as his only heirs at law the following named persons and none others, to-wit: His widow, Antonia Jackson, a feme sole; and the following sons: Apolonio Jackson, Daniel Jackson, Fernando Jackson, Alfredo Jackson and Santiago Jackson. And also the following daughters, to-wit: Isabel Jackson Sanchez, whose husband is Guadalupe Sanchez, Andrea Jackson Handy a feme sole whose husband was Placido Handy, Josefa Jackson Olbera whose husband is Pablo Olbera and Clemencia Jackson Brewster, whose husband, is Louis Brewster."

    Further deponent sayeth not.

                                                    J. P. Bowie

Sworn and subscribed to before me this 25th day of May, A.D. 1937.

                                                A. J. Ross Jr

                                                Notary Public in and for

                                                Hidalgo County, Texas.

(SEAL)

Filed for record this 5th day of October, A.D. 1937 at 11:30 o'clock A. M. and duly Recorded this 9th day of October, A.D. 1937 at 10:40 o'clock A. M.

                                                O. D. KIRKLAND,

(SEAL)                                 COUNTY CLERK, HIDALGO COUNTY TEXAS

                                                BY: BILL LEVERMAN, DEPUTY

GOVERNMENT EXHIBIT 2